# *Exhibit 1*

In Chancery
July 23. 1753

A Patentee of an Invention may in the 1st. instance file his bill in this Cot. to have machines used by Dft in preju dice of that pa tent deliv.d up & for an Injon to restrain the use of them in the mean time &c. & need not establish his right by any action at law the patent being suffic.t to main tain it And a Demurrer will not lie to such a Bill

# Horton v Maltby.

See S.C. Romillys Notes-5. vol.123.

The Bill stated an invention of a Machine for making Stockings in some partic.r manner for wch the plt had obtained a patent & it charged that the dfts had made use of these Machines & engines & prayed an acco.t of all such Machines & engines used by the dfts in that branch of their business & to have them delivered up or destroyed & for an acco.t of the profit made by sale of the Stockings & for a satis faction to the plt in respect thereof & for an Injunct.n to restrain the dfts from making fur.r use of such Machines & Engines.

The Dfts demurred to the whole bill for that the same did not contain any matter of equity And that the plt ought to establish his right to the premes at law before he is intit.d to pray an Injunction in this Court.

Ainge for the plt said the bill was perfectly of course that the usual way of

All images © The Honourable Society of Lincoln's Inn. Reproduced with permission of the Benchers of Lincoln's Inn.

proceeding in these cases was to get an Injunction on affid<sup></sup>t. then upon coming in of the Ans.r the p.ties were usually sent to try the right at law & if the plt succeeded he came back here for his acco.t And he ment.d of Morris v Unwin

Gibbs v Cole. 3. Atk. 255. – Liardet & Adam v Johnston on a patent for stucco. Anon 1. Vez. 476.

For the Demurrer it was said that the demand was merely what wo.d be the substance of a action at law that it was merely to establish a right in this Court instead of a Co.t of law w.ch was never allowed – Ld Teynham v Herbert. 2. Atk 483. Whitchurch v Hide. 2. Atk. 391.

Lord Com.r Ashurst – I think this Demurrer ought not to be allowed I cannot distinguish this Case from that of the copyrights; there the party ag.t whom

All images © The Honourable Society of Lincoln's Inn. Reproduced with permission of the Benchers of Lincoln's Inn.

the Injunction is prayed may in the mean time print off a number of copies to the irreparable injury of the Owner The same kind of injury may be done to the plt in this Case. _ This Demurrer there fore must be disallowed.

Lord Comr. Hotham agreed.

From Mr. Cox's Notes.

---

In Chancery
July. 23d. 1783

Where a bill is filed for a discovery of deeds & to prevent dft from setting up an inequitable defence to a writ of right a Plea that the writ of right has been tried is a good plea in bar to the discovery And so it will be tho' it shod. turn out that a part of the lands in respect of wch the discovy was required was not comprized in ye. Writ of right since the bill —

## Earl of Leicester v Sydney.

1 Bro. 305

Bill filed by plt for a discovery of deeds and writings & for preventing dfts from setting up some deeds or instrumts. agt. plt upon trial of a writ of right.

The Writ of right was in the mean time tried & Verdict for tenant. This the dfts pleaded & that therefore the only object of plts bill was at an end.

It was said on the part of the plts that a discovery was required by the bill of deeds relating to some lands not comprized in the Writ of right & that therefore

All images © The Honourable Society of Lincoln's Inn. Reproduced with permission of the Benchers of Lincoln's Inn.