**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| RADIAN MEMORY SYSTEMS LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Civil Action No.: 2:24-cv-1073 |

**DECLARATION OF DR. MARK T. JONES**
**IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

I, Mark T. Jones, under penalty of perjury, declare and state as follows:

1. I have been retained as an expert witness in the above-captioned case. This declaration is based on my personal knowledge, my education, my expertise, and my investigation. If called as a witness, I could and would testify competently to the contents herein.

2. I declare under penalty of perjury under the laws of the United States of America and the State of Texas that the below is true and correct.

Executed on: April 18, 2025

______________________________

Dr. Mark T. Jones

## A. Introduction and Professional Background

1. I am a Professor Emeritus of Electrical and Computer Engineering at Virginia Tech in Blacksburg, Virginia. I graduated summa cum laude from Clemson University in 1986 with a B.S. in Computer Science and a minor in Computer Engineering, while holding a National Merit Scholarship and the R. F. Poole Scholarship. I then graduated from Duke University in 1990 with a PhD in Computer Science, while holding the Von Neumann Fellowship.

2. Upon graduation, I joined the Department of Energy at their Argonne National Laboratory facility. My responsibilities there included the design and use of software for computers with hundreds of processing elements. This software was designed for compatibility with new parallel computer architectures as they became available as well as with other large software components being written in the Department of Energy. While with DOE, I received the IEEE Gordon Bell Prize.

3. In 1994, I joined the Computer Science faculty at the University of Tennessee. My teaching responsibilities included computer architecture and computer networking. My research interests included the design and use of software that used the collective power of large groups of workstations. While at the University of Tennessee, I received a CAREER Award from the National Science Foundation.

4. In 1997, I joined the Electrical and Computer Engineering faculty at Virginia Tech. My teaching responsibilities have included the design of embedded systems, computer organization, computer architecture, a variety of programming courses, and parallel computing. I have been cited multiple times on the College of Engineering's Dean's List for teaching.

5. I have attached to this Declaration a copy of my curriculum vitae as Exhibit T that details my professional qualifications and lists my publications, awards, research grants, and other professional activities.

**B. Technology Background**

6. Radian's patent recites:[1]

> Flash memory is a type of non-volatile storage medium. It is characterized by being partitioned into storage areas called erase units (EU). Different portions of an EU can be written (programmed) at different times, but each portion can only be written once without erasing the particular EU in its entirety. Once an EU is erased, all portions of that EU are again available for writing. Erase units can be large relative to many file system operations. For example, NAND flash memory features programming units of "pages" with each erase unit consisting of a large number of pages. This asymmetry in programming and erasing data is referred to as program-erase (P/E) asymmetry. Flash memory can be embodied in different forms, for example, solid-state drives (SSDs) that utilize NAND flash memory devices. "Flash memory" as used herein includes other technologies that share these asymmetries or the other control functions mentioned below, e.g., the term can include other forms of nonvolatile memory.

[1] *See* Ex. Q (the '183 Patent) at columns 1-3.

A flash memory controller is typically used to manage operations within flash memory. Other types of memory, for example random access memory (RAM) and hard disk drives (HDDs), also utilize controllers dedicated to managing operations within those types of memory. The use of a memory controller independent from a host is often desirable particularly for flash memory because without such a scheme the host would be encumbered with a number of management functions unique to, or characteristic of, flash memory. Such functions typically include caching of write data to reduce frequency of programming operations, wear leveling, bad block management and space reclamation. These tasks are typically managed by a flash memory controller using a flash translation layer (FTL), which keeps records of logical-to-physical translations, wear count, bad blocks and so forth using RAM that is built-in to the flash memory controller. For example, owing to P/E asymmetry and typically large erase block size, a flash memory controller can use this RAM as a cache to help reduce the frequency of P/E operations. That is, to minimize the fre-

quency of flash programming operations, pages of data from flash memory can be temporarily stored in the RAM and only occasionally programmed into flash memory. This helps reduce write counts and thus dilutes wear, effectively extending useful flash life. Some flash memory controllers also use wear leveling to help mitigate wear caused by accumulated writes to particular locations of flash memory. That is, to avoid disproportionate wear associated with frequently-written logical addresses, wear leveling is employed to shuffle memory contents to new physical locations within flash memory, to distribute (and thereby level) wear for each specific logical address across different physical locations. A flash memory controller typically handles this function in a manner transparent to the host and, to this effect, tracks new physical locations for each logical address using the FTL; a memory operation from the host that specifies a logical address is translated to substitute in a physical address where the desired data can be found. The RAM mentioned above can be used to store logical-to-physical (L2P) translation tables used for this purpose. Note, however, that as memory capacity grows, the typical table sizes often exceed RAM capacity, which leads to further complications. The use of L2P translation built-in to the memory controller helps present flash memory to the host as ubiquitous memory, such that a host operating system does not have to concern itself with the P/E asymmetry or other special issues for flash memory. Also, as memory cells in flash memory lose their ability to retain data reliably, portions of physical storage can be marked as "bad;" some flash memory controllers therefore also track "bad blocks" and use the FTL to remap valid memory so as to avoid these bad blocks. The FTL can also be used to detect when a host

attempts to write data to an already-programmed location (i.e., without an intervening erase operation); when such an operation is detected, the FTL remaps the respective logical address to a free EU and marks "overwritten" space at the original location as stale. Due to this and other manifestations of the P/E asymmetry, it is possible to have valuable data stored in one individually programmable unit of memory, while stale data is stored in other individually programmable units of memory within the same erase block. That is, many of the pages (e.g., a hundred pages or more) of an EU can remain unutilized while a small subset of the EU still contains data in active use, a problem which increases with time. To better utilize available storage space, some flash memory controllers therefore possess logic that periodically consolidates active data and, in so doing, frees up (reclaims) stale space, which can then be erased; this function is sometimes combined with wear leveling.

Each of these functions contributes substantial overhead and write amplification in flash memory. That is to say, substantial data and control bandwidth is consumed in implementing these functions, which can both increase the number of writes to memory (i.e., increase wear) as well as compete with new writes initiated by a host. The use of search trees or other L2P translation functions can also substantially encumber control bandwidth and input/output (IO) latency. For example, on host read commands, L2P translation is performed with the logical address provided in a command to obtain a physical address from which data should be read. At a 4 KB logical block size, L2P translation is organized into a B+-tree that requires extensive space, for example, 2 GB of space for 1 TB flash storage device. Inability to fit a L2P tree into local (fast) RAM can result in tree blocks being swapped out to flash memory media, penalizing the address look-up for the need to load the tree blocks, with high latency. The possibility of power loss

further requires L2P mapping updates to be persistent, necessitating update logging or other techniques to provide fault-tolerance. Other techniques in some flash memory implementations, for example, error protection schemes such as RAID techniques, can also substantially encumber control and data bandwidth.

These encumbrances create unpredictable response latency in flash memory. In turn, these encumbrances inhibit the use of flash memory in many applications, particularly in non-homogenous storage systems (e.g., that include dissimilar types of memories, such as both flash and magnetic memory), direct-attached storage systems and storage systems directed to network-based applications. That is, the ability of a storage system to operate effectively typically depends on structured pipelining of memory commands. Unpredictable latencies often associated with flash memory can inhibit this pipelining and, further, inhibits the use of flash memory in multiple drive storage systems, particularly non-homogenous systems, as the unpredictable latency renders it difficult to pipeline commands for a flash drive with other memory types or drives.

What is needed is a mechanism for improving control and data bandwidth for flash memory and other forms of non-volatile memory. More particularly, a mechanism is needed that reduces control and data bandwidth encumbrances created by memory management functions and thereby decreases the issues referenced above. Still further, a need exists for a memory management scheme that does not create excessive write amplification and bandwidth competition. Finally, a need exists for a flash/nonvolatile memory architecture that has more consistent latency, is conductive to structured pipelining of commands, and permits ubiquitous management of SSDs and other forms of memory in direct-attached and network storage applications. Techniques provided by this disclosure satisfy these needs and provide further related advantages.

## C. Patent Overview

### 1. The ’183 Patent

7. I understand that U.S. Patent No. 11,544,183 ("the '183 Patent") was filed on August 19, 2020 and issued on January 3, 2023. The '183 Patent is attached to my Declaration as Exhibit Q.

8. The named inventors of the '183 Patent are Andrey V. Kuzmin, Mike Jadon, and Richard M. Mathews.

9. The '183 Patent claims priority to U.S. Provisional Pat. App. No. 61/757,464, which was filed on January 28, 2013.

10. Claim 1 of the '183 Patent recites:

> 1. A memory controller to control flash memory, the flash memory having subdivisions, each of the subdivisions corresponding to a respective group of erase blocks, each of the erase blocks such that it must be erased before storage locations in that erase block can be reprogrammed, the memory controller comprising:
>
> a host interface;
>
> a memory interface;
>
> logic to track information indicating extent of page utilization of each of the subdivisions;
>
> logic to receive a write request from a host via the host interface, the write request accompanied by an address that designates a specific one of the subdivisions, wherein the logic to track is to, in association with execution of the write request, update the information indicating extent of page utilization of the specific one of the subdivisions;
>
> logic to send the host the information indicating extent of page utilization of the specific one of the subdivisions and an address corresponding to the specific one of the subdivisions;
>
> logic to receive an erasure request from the host, via the host interface, the erasure request accompanied by the address corresponding to the specific one of the subdivisions, to responsively control erasure of each unerased erase block in the group respective to the specific one of the subdivisions, and to update the information indicating extent of page utilization of the specific one of the subdivisions; and
>
> logic to, in connection with the erasure, detect a defect in one of the erase blocks in the group respective to the specific one of the subdivisions, to responsively substitute one or more different erase blocks of the flash memory for the one of the erase blocks for which the defect was detected;
>
> wherein each said logic comprises at least one of hardware circuitry or instructions stored on non-transitory, machine-readable media that when executed are to control the operation of hardware circuitry.

11. The Abstract of the ’183 Patent discloses:

(57) **ABSTRACT**

This disclosure provides for host-controller cooperation in managing NAND flash memory. The controller maintains information for each erase unit which tracks memory usage. This information assists the host in making decisions about specific operations, for example, initiating garbage collection, space reclamation, wear leveling or other operations. For example, metadata can be provided to the host identifying whether each page of an erase unit has been released, and the host can specifically then command each of consolidation and erase using direct addressing. By redefining host-controller responsibilities in this manner, much of the overhead association with FTL functions can be substantially removed from the memory controller, with the host directly specifying physical addresses. This reduces performance unpredictability and overhead, thereby facilitating integration of solid state drives (SSDs) with other forms of storage. The disclosed techniques are especially useful for direct-attached and/or network-attached storage.

12. The specification of the '183 Patent discloses in Figure 1:




FIG. 1

13. The specification of the '183 Patent discloses in Figure 3B:




FIG. 3B

14. The specification of the '183 Patent also discloses in Figure 9:




FIG. 9

15. The specification of the ’183 Patent also discloses at 7:7-43:

> and memory. Consistent with these principles, one implementation of the techniques referenced above is in a storage system having at least one memory controller and memory. Each memory controller and its associated memory can be bundled together as a storage drive and, in one implementation, the storage system includes plural storage drives, at least one of which is a solid-state storage drive (SSD) based in nonvolatile memory such as flash memory. Each memory controller maintains the information referenced above for each associated physical subdivision of memory, in one embodiment, for each unit of memory representing a smallest group of memory cells that can be erased in a single operation. The information maintained for each subdivision by the memory controller can optionally include one or more of:
>
> whether the respective subdivision has been marked as bad;
>
> whether a memory operation is currently in progress in the respective subdivision;
>
> number of erase operations performed on the respective subdivision;
>
> a period since data was last programmed within the respective subdivision;
>
> number of reads to memory within the respective subdivision since last erase;
>
> a logical address for data stored in the respective subdivision;
>
> a number of pages released within the respective subdivision;
>
> a number of pages used within the respective subdivision;
>
> information representing page usage for all pages within the respective subdivision;
>
> whether the respective subdivision has been programmed out of order relative to others of the plural subdivisions; or
>
> whether the respective subdivision has been assigned to defect management.

16. The specification of the ’183 Patent also discloses at 7:46-64:

In one contemplated implementation, each subdivision is an EU or page of NAND flash memory, and a NAND flash memory controller can provide a map to the host indicating relative information (e.g., page utilization) for all subdivisions of the specific drive or a storage volume spanning multiple drives. Alternatively, the flash memory controller can provide filtered or derived information based on such a map to the host, for example, a listing of EUs best suited for space consolidation based on some threshold applied by the flash memory controller. Such a threshold can be defined as a default and/or can be dynamically programmed by the host (e.g., by asynchronous command).

FIG. **1** illustrates a first embodiment of a storage system **101** and associated memory controller **103**, host **105** and memory **107.** In the illustrated embodiment, the memory controller is structured to cooperate with the host **105** in the control of the memory **107**. The memory controller **103** has at least one first interface **109** to exchange commands and data with the host. Although two such interfaces and corre-

17. The specification of the '183 Patent also discloses at 13:25-44:

FIG. **3**B shows a block diagram of a cooperative memory controller **351**; more particularly, FIG. **3**B is used to show how logic functions can be implemented using hardware and firmware logic **353**. This logic **353** supports a number of optional processing features. In one embodiment, this memory controller uses this logic to perform many traditional flash controller functions (e.g., management of an FTL and associated search trees). This is to say, while one advantage of the memory controller **351** is the substantial reduction or omission of an FTL layer, this is not required for all embodiments. In another embodiment, the memory controller implements comprehensive cooperative functions that help reduce the need for complex FTL processes, as referenced above. In each embodiment, the memory controller **351** serves to the host unit-specific information for all units of memory governed by that memory controller; with this information, the host can directly address specified physical locations, thereby substantially reducing or obviating need for complex FTL processes resident at the memory controller.

18. The specification of the '183 Patent also discloses at 8:4-20:

> functions. In one embodiment, the commands and signaling protocol are compatible with one or more standards, for example, with Non-Volatile Memory Express (NVMe) or the Small Computer System Interface (SCSI) (in the case of commands) and Peripheral Component Interconnect Express (PCIe) or Serial-Attached SCSI/Serial ATA (SAS/SATA) (in the case of signaling formats). The memory **107** generally has an array of memory cells and array control circuitry that may support one or more planes or banks depending on design. The memory core in turn has one or more subdivisions of memory cells for which subdivision-specific usage data will be tracked by the memory controller **103**. In embodiments where the memory is flash memory and the memory controller a flash memory controller, each subdivision can include one or more erase blocks or units (EUs), with each EU having a minimum number of memory cells that must be erased at once.

19. The specification of the '183 Patent discloses at 9:3-9:

> signaling protocol). Finally, as represented by reference numeral **127**, cooperative management functions can be embodied as instructions stored on non-transitory machine readable media, for example, for use in controlling a host processor, memory controller or other circuit. That is, software or firmware can be used to control actions of a host, memory controller or other circuits.

20. The specification of the '183 Patent also discloses at 15:23-40:

> To assist with host scheduling of flash management tasks, the memory controller can have firmware or hardware logic (or both) dedicated to specific types of host commands and host queries. In the embodiment of FIG. **3**B, this structure is illustrated as optionally including structure to assist with wear leveling (WL), garbage collection (GC), defect management (DM) and integrity management (IM) functions, but other functions or logic can also or instead be used. To support these functions, the memory controller uses command processing logic **359** to manage space allocation and space reclamation, and otherwise to service host calls for the return of management data. For example, this command processing logic can facilitate direct physical addressing by identifying for the host available (i.e., available, erased) address space, candidates for erase (released space), candidates for data relocation and garbage collection (e.g., based on low page utilization), assistance with cold data location (e.g., wear leveling), or more general functions.

21. The specification of the '183 Patent also discloses at 25:28-44:

> FIG. **9** illustrates a method **901** for explicit data relocation and/or erase operations. The host schedules an explicit erase operation to occur either immediately, or when it has sufficient spare bandwidth. As indicated by numeral **903**, typically this will be triggered by a condition when the host needs space (e.g., of amount X). The host then issues a command (**905**) to the memory controller querying erase candidates based on low degree of page utilization. Note that with such a command, available space is not counted, i.e., such space is already free and available—rather, in responding to such a query, the host seeks to identify space that is released (not in active use) and for which an erase operation must be performed for entire EUs before constituent space can once again be made available for programming. An explicit erase command or data relocation command (e.g., delegated copy, referenced above) can be performed as part of a garbage collection operation.

22. The specification of the '183 Patent also discloses 26:14-33:

> all constituent pages of that EU then being released. Then, per numeral **915**, the host issues an explicit erase commands; the memory controller manages the erase operation (e.g., as a sequence of P/V cycles applied to a substrate well of affected memory) and returns a code to the host confirming successful erase (**917**). In a NVMe-compatible embodiment, an explicit erase command can be implemented using a vendor-specific extension of the "Deallocate" administrative command. The memory controller at this time also updates its local metadata repository for the memory in question, for example, identifying all logical units of the pertinent EU as "available," adding the EU to a list of available space, and so forth. Finally, upon receipt of the confirmation code from the memory controller, the host then updates its translation tables as appropriate (**919**/**921**).
>
> Note that once again, explicit erase provides a benefit in that this operation is scheduled by the host (i.e., to avoid conflicts), with the host maintaining primarily responsibility for L2P address translation.

**2. The '656 Patent**

23. I understand that U.S. Patent 11,347,656 ("the '656 Patent") was filed on September 20, 2021 and issued on May 31, 2022. The '656 Patent is attached to my Declaration as Exhibit R.

24. The named inventors of the '656 Patent are Robert Lercari, Alan Chen, Mike Jadon, Craig Robertson, and Andrey V. Kuzmin.

25. The '656 Patent claims priority to U.S. Provisional Pat. App. No. 62/199,969, which was filed on July 31, 2015. Additionally, the '656 Patent claims priority to U.S. Provisional Pat. App. No. 62/194,172, which was filed on July 17, 2015, U.S. Provisional Pat. App. No. 62/063,357, which was filed on October 13, 2014, and U.S. Provisional Pat. App. No. 62/048,162, which was filed on September 9, 2014.

26. Claim 1 of the '656 Patent recites:

1. A storage device comprising:
flash memory having physical erase units; and

circuitry to receive incoming data access requests and for each of the incoming data access requests, accompanying address information, wherein said circuitry is to:
derive, from the accompanying address information, a first address portion, a second address portion and a third address portion,
identify an addressed block device from the first address portion,
identify an addressed segment within the addressed block device from the second address portion, and
identify an addressed storage location within the addressed segment from the third address portion,
wherein the circuitry is to use a division operation to identify a logical erase unit within the addressed segment,
wherein the circuitry is to identify one of the physical erase units that corresponds to the identified logical erase unit;
wherein the storage device is to detect a failure condition of the physical erase units and is to remap each logical erase unit which corresponds to one of the physical erase units for which the failure condition is detected to instead correspond to one of the physical erase units for which the failure condition has not been detected and is to utilize the remapped correspondence to service one or more of the incoming data access requests.

27. The Abstract of the ’656 Patent discloses:

(57) **ABSTRACT**

This disclosure provides techniques hierarchical address virtualization within a memory controller and configurable block device allocation. By performing address translation only at select hierarchical levels, a memory controller can be designed to have predictable I/O latency, with brief or otherwise negligible logical-to-physical address translation time. In one embodiment, address transition may be implemented entirely with logical gates and look-up tables of a memory controller integrated circuit, without requiring processor cycles. The disclosed virtualization scheme also provides for flexibility in customizing the configuration of virtual storage devices, to present nearly any desired configuration to a host or client.

28. The specification of the ’656 Patent discloses in Figure 1:




29. The specification of the ’656 Patent discloses in Figure 3:




FIG. 3

30. The specification of the ’656 Patent discloses in Figure 7:

FIG. 7




31. The specification of the ’656 Patent discloses in Figure 8:

FIG. 8




32. The specification of the ’656 Patent discloses in Figure 9:




33. The specification of the ’656 Patent also discloses at 2:43-62:

> devices. The description set out below exemplifies addressing schemes and supporting, methods, devices, structures and systems. Such techniques can be practiced in one embodiment by a host, in another embodiment by a memory controller (e.g., within a single drive or across multiple drives), in another embodiment by a flash memory device (e.g., die or integrated circuit) and in yet another embodiment by a host or memory controller cooperating with one or more other circuits. This disclosure also provides improved designs for a memory controller, host, memory devices, a memory system, a subsystem (such as a drive, e.g., a solid state drive or "SSD"), and associated circuitry, firmware and addressing methodology. The disclosed techniques can also be implemented in software or instructions for fabricating an integrated circuit (e.g., a circuit design file or field programmable gate array or "FPGA" configuration). While the specific examples are presented, particularly in the context of flash memory, the principles described herein may also be applied to other methods, devices and systems as well.

34. The specification of the '656 Patent also discloses at 3:22-49:

> In other embodiments presented herein, the net storage volume of a nonvolatile semiconductor memory system is subdivided into discrete performance-isolated storage regions based on specified system requirements and underlying memory system geometry and performance characteristics, with each such storage region being mapped by an independent linear range of logical addresses. Accordingly, each performance-isolated storage region may be presented to one or more host access requestors as an independent block device (i.e., mass storage unit having a continuously mapped logical address space) so that the nonvolatile memory system may be perceived by that host as being constituted by multiple discrete block devices, each having its own performance characteristics and address space. Moreover, the mapping of the logical address space within a given block device, referred to herein as "address space layout," may vary from one block device to another (e.g., sequential addresses within logical address ranges of respective block devices may be distributed within the structural hierarchy of the memory system in different order) to yield configurable and varied block device characteristics in terms of endurance and I/O bandwidth. Further, multiple different address space layouts may be applied within different "subspaces" of a given block device (i.e., discrete portions of the block device's address range) with, for example, addresses in one subspace being sequentially applied to structural elements at different hierarchical levels of the memory system in a different order than in another subspace. Also, in

35. The specification of the '656 Patent also discloses at 4:10-35:

> The nonvolatile memory subsystem in which a number of embodiments are detailed herein is presented as a flash memory device forming in whole or part a solid state disk drive (SSD); the flash memory device can be hierarchically arranged in multiple wired signaling channels each coupled to multiple flash memory dies, with each die including numerous individually erasable storage units ("erase units" or erase blocks or flash blocks) distributed in one or more access planes, and with each erase unit including numerous pages constituted by a predetermined number of single-bit or multi-bit nonvolatile storage cells (i.e., channels, dies, erase units and pages constitute, for example and without limitation, respective hierarchical physical elements within the flash memory device). For example, in one embodiment, a memory controller within the flash memory system (e.g., within the drive or SSD) subdivides each incoming "logical block address" (LBA) into respective channel, die, erase unit and page address fields, any or all of which may be virtual addresses, and resolves a commanded read or write access to a specific channel indicated by the channel address field, a specific die indicated by the die address field, a specific erase unit indicated by the erase unit field (including possible resolution to two or more erase units in the case of multi-plane command sequences) and a specific page indicated by the page address field (including possible resolution to two or more pages in the case of a multi-page operation).

36. The specification of the '656 Patent also discloses at 10:9-37:

FIG. **3** illustrates an exemplary flash memory device in which discrete block devices may be configured and allocated as described in FIG. **2**. For purposes of explanation and understanding only, a specific flash device geometry and set of performance metrics are shown in FIG. **3** and carried forward in a number of embodiments described in reference to following figures of the drawing. In all such cases, the specific geometries (e.g., numbers of physical elements at each hierarchy within the flash device structure including, without limitation, access channels, flash dies per channel, planes per flash die, erase units per plane, pages per erase unit, page size, page read and write times ($t_{READ}$ and $t_{PROG}$), channel bandwidth and host interface bandwidth, number of host interfaces, etc.) may be different from those shown in FIG. **3**.

With that understanding, it can be seen that the exemplary flash device in FIG. **3** includes a memory controller coupled to 16 access channels (ch**0** . . . ch**16**), with each access channel coupled to eight flash dies, each flash die having two planes, and each plane containing 1124 erase units (2248 erase units per die), and each erase unit containing 256 pages each containing a number of flash memory cells (e.g., NAND memory cells, though NOR or flash memory cell configurations may be deployed in alternative embodiments) sufficient to store 16 kilobytes (kB) of data. As an aside, references to volumes of data herein are generally intended to mean a power of two quantity so that KB, MB, GB, TB, etc. refer respectively to $2^{10}$, $2^{20}$, $2^{30}$, $2^{40}$, etc. byte of data (sometimes designated by KiB, MiB, GiB, TiB and so forth).

37. The specification of the ’656 Patent also discloses at 15:38-16::

FIG. 7 illustrates an exemplary generation of a physical block address in response to an incoming LBA (i.e., logical block address provided by host in connection/association with a memory access or maintenance operation) and block device ID (BDid). As shown, the block device ID is applied to a block device lookup table (e.g., as described in reference to FIG. 4) to retrieve information identifying the channels and dies that constitute the block device (i.e., allocated to the block device) and thus, base die and base channel values that specify starting boundaries within a physical or pseudo-physical die matrix, together with parameters that indicate a number of channels and dies per channel spanned by the block device (Chans, Dies/Chan). In other embodiments, the constituent dies and channels of the block device may be specified in other ways (e.g., list of specifically identifiable dies, starting channel/ending channel together with starting die/ending die, etc.).

In the implementation shown, the block device lookup table also outputs an ASL lookup address to the ASL lookup table. The ASL lookup table, in turn, outputs the recorded ASL parameters (including logical block size if implemented as a variable parameter) to an ASL generation logic block which in turn outputs an address-space-layout value that enables the incoming LBA to be decomposed into a set of hierarchical "sub-address" values, one sub-address for the group of elements at each respective level of the structural hierarchy within the flash device (e.g., channel sub-address, die sub-address, erase-unit sub-address, page sub-address).

This LBA decomposition into sub-addresses is easiest understood by considering the special case in which each sub-address maps to a power-of-two number of corresponding hierarchical elements (e.g., $2^4$ channels, $2^3$ dies per channel, $2^{11}$ erase units per die, $2^8$ pages per erase unit) as, in that case, the ASL indicates, in effect, the location of discrete bit fields within the incoming LBA that correspond to respective levels of the structural hierarchy. Moreover, as

38. The specification of the '656 Patent also discloses at 18:23-52:

> FIG. **8** illustrates a conceptual implementation of an address generation module that may be used to extract (or recover) sub-address values from an inbound LBA regardless of whether the magnitude of individual tuple elements (i.e., number of channels, number of dies/channel, number of erase units/die, number of pages/erase unit) are power-of-two numbers or not. As in FIG. **7**, any or all of the hierarchical sub-address values, once recovered, may be converted from virtual to physical sub-addresses to collectively form an inbound physical block address (PBA), adding offsets to reflect the base channel and base die of the block device. For reasons discussed in further detail below, the address generator is implemented bi-directionally. That is, essentially the same operations executed to yield a PBA from an inbound LBA may be executed in reverse to produce an outbound LBA from a physical block address, thus enabling status regarding a given physical resource within the flash device to be reported to the host in terms of the LBA mapping that the host understands. Note that this information can be used to provide context to a host in order for a host to schedule maintenance or data movement (e.g., data migration or garbage collection) to preselected locations (e.g., where the logical address locations corresponding to the data are matched to the wear of a destination physical location, or where logical address locations having similar age, write frequency and/or read frequency characteristics are grouped together), as discussed in the copending application "Techniques for Data Migration Based On Per-Data Metrics and Memory Degradation" which as been incorporated by reference, as noted earlier.

39. The specification of the '656 Patent also discloses at 18:53-19:41:

Referring first to the inbound LBA path, an ASL value (e.g., generated per the ASL lookup table entry as discussed in reference to FIG. 7) that describes the order of tuple elements within the inbound LBA is supplied to a pair of steering circuits that yield a set of divisors—products of individual tuple elements. More specifically, a magnitude steering circuit selects, as magnitudes of the three least significant tuple elements within the inbound LBA (a four-tuple LBA is assumed in this example, having as tuple elements, a channel sub-address, die sub-address erase-unit sub-address, and page sub-address in any order), from among the block device configuration settings for structural element quantities (i.e, number of allocated channels, number of allocated dies, number of allocated erase units, number of allocated pages) to produce divisor values that

> reflect strides within the LBA (after scaling to account for the page offset—the "scaled LBA" or "offset-scaled LBA") at which boundaries between different members of the same structural group occur. Thus, in the 3-channel, 5-die, 2000 erase-unit, 400 page example above, if the tuple elements are ordered from most to least significant as channel sub-address, die sub-address, erase-unit sub-address, page sub-address, then the tuple element magnitudes will be 400, 2000, and 5, for elements 0, 1 and 2, respectively. Accordingly, the divisors supplied to the divisor steering logic will be DM1=200, DM2=400*2000=800,000 and DM3=400*2000*5=4,000,000. The divisor steering logic serves to route the divisors to the appropriate sub-address generation paths according to the tuple order specified in the ASL value and thus, continuing with the 3 channel, 5 die, 2000 erase unit, 400 page example (i.e., in tuple notation: "(3,5, 2000, 400)"), the channel sub-address path will receive the 400*2000*5 divisor (reflecting that a different channel is specified at each 4,000,000 increment in the scaled LBA), the die sub-address path will receive the 400*2000 divisor (reflecting that a different die is specified at each 800,000 increment in the scaled LBA) and the erase-unit sub-address path will receive the 400 divisor (reflecting that a different erase unit is specified at each 400 increment in the scaled LBA). The sub-address path for the least significant tuple element will receive a unity divisor (i.e., '1'), reflecting that a different page is specified at each increment of the scaled LBA.
>
> Still referring to the inbound LBA path of FIG. **8**, after divisors have been applied to the scaled LBA (i.e., integer division as reflected by the '/' operator in divider logic elements), the results (integer-valued quotients) are subject to modulo operations (i.e., modulo 400, 2000, 5 and 3 for the respective sub-addresses) within the "mod" logic elements to yield sub-address values which, in the example shown, are assumed to be virtual sub-address values. As shown, the virtual sub-addresses are supplied to respective (or joint) lookup/translation modules to generate physical sub-address counterparts generally as described above in reference to FIG. **7**. Any or all of the modulo logic outputs may be physical sub-address values in alternative embodiments.

40. The specification of the '656 Patent also discloses at 19:50-20:10:

FIG. 9 illustrates an exemplary virtualization of erase units within a four-die (2 dies by 2 channels) block device that demonstrate the discrete defect-free block device exposition enabled by the various pseudo-expositive flash device embodiments described above. In the example shown, the ASL is configured similarly to that of block device in the left-most portion of FIG. 6, but with only single-plane operation, thus establishing a four-page stripe width. For purposes of example the erase units into which the first sixteen pages of data are enumerated within the erase-unit elements themselves. Further, it is assumed that the erase unit population is larger than the virtual erase unit address field within each incoming LBA such that some number of spare erase units is available within each die. Accordingly, upon determining that the erase unit shown at the bottom right corner of the fourth die is defective, the pseudo-expositive memory controller remaps the LBA that would otherwise resolve to the defective erase unit to a spare erase

unit within the same die. That is, the fifth page of data that might otherwise be written to the defective erase unit is, through translation of the virtual address field within the incoming LBA to a physical address field as discussed above, re-directed to the spare page entirely transparently to the host write requestor. Impending run-time detected erase-unit failures in dies marked 'X' result in similar re-mapping and data move operations (i.e., prior to complete failure of the suspect erase units) again permitting the host to perceive the block device as a discrete defect-free storage entity. As

**D. Samsung's Accused Instrumentalities**

41. I was asked to consider the infringement of Radian's patents by Samsung SSD products that have been publicly announced or reported to have ZNS capabilities and functionalities. Those are Samsung's PM1731a, PM1733, PM1735, PM9731a, and PB SSD products. I will refer to these SSDs as Samsung's Accused Instrumentalities.

42. Samsung's press releases and marketing materials confirm that the drives listed above support the ZNS specification.

43. On June 2, 2021, Samsung issued a press release to introduce the PM1731a, which described its implementation of ZNS functionality:[2]

> Samsung Electronics, the world leader in advanced memory technology, today unveiled its new enterprise solid-state drive (SSD) featuring Zoned Namespace (ZNS) technology — the PM1731a. Leveraging ZNS, the SSD will maximize available user capacity and offer an extended lifespan in storage server, data center and cloud environments.
>
> "Samsung's ZNS SSD reflects our commitment to introducing differentiated storage solutions that can substantially enhance the reliability and lifetime of server SSDs," said Sangyeun Cho, senior vice president of the Memory Software Development Team at Samsung Electronics. "We plan to leverage quad-level cell (QLC) NAND technology in our next-generation ZNS drives to enable higher thresholds for storage performance and capacity in the enterprise systems of tomorrow."
>
> ZNS allows data to be grouped based on their usage and access frequency, and stored sequentially in independent zones within an SSD. Without the need to move and rearrange data, ZNS SSDs can significantly reduce the number of write operations, lowering the drive's write amplification factor (WAF) — the amount of actual writes performed by the drive compared to writes initially instructed by the host system. The closer the WAF is to one, the more efficient the SSD and the longer it will last.

44. Additionally, the product brief for the Samsung PM1733 NVMe SSD states that the device can support ZNS implementations:[3]

---

[2] Ex. A, SAMSUNG, *Samsung Introduces Its First ZNS SSD With Maximized User Capacity and Enhanced Lifespan*, available at https://semiconductor.samsung.com/news-events/news/samsung-introduces-its-first-zns-ssd-with-maximized-user-capacity-and-enhanced-lifespan/ (last accessed Feb. 25, 2025).

[3] Ex. B, SAMSUNG, *Samsung PM1733 NVMe SSD Product Brief*, available at: https://download.semiconductor.samsung.com/resources/brochure/PM1733%20NVMe%20SSD.pdf, at page 2.

## Additional Available Features

- Fail-In-Place technology: Ensures the SSD operates normally even when errors occur at the chip level.
- Zoned Namespace: PM1733 is capable of supporting ZNS implementations
- FIPS compliance: PM1733 can be FIPS certified to satisfy government requirements.

45. Samsung also markets the PM1735 together with the PM1733 where the difference appears to be form factor (2.5-inch and HHHL or "half-height, half-length"), suggesting that PM1735 is also capable of supporting ZNS:[4]




## Today's Highest-Performing NVMe™ SSDs

Samsung's PCIe® Gen 4-enabled PM1733 SSD will have double the throughput capabilities of current Gen 3 SSDs, giving it the highest performance of any SSD on the market today. The two NVMe™ SSD series come in two form factors, 2.5-inch and HHHL, with capacities ranging from 0.8TB to 30.72TB to suit the diverse needs of OEMs worldwide. The drives also ensure endurance of one or three drive writes per day (DWPD) over a five-year period.

[4] *See* Ex. C, SAMSUNG, *PM1733/PM1735*, available at: https://semiconductor.samsung.com/us/ssd/enterprise-ssd/pm1733-pm1735/.

46. A developer on GitHub provided materials regarding his use of ZNS with Samsung's PM9731a.[5] This indicates that the PM9731a has ZNS.

47. Samsung also presented the PB SSD at the 2022 Flash Memory Summit. Samsung put out its own press release regarding the Summit and mentioned the PB SSD.[6] A technical publication reported on the same Summit and Samsung's PB SSD, and it provided an image of Samsung's booth set up that identified the PB SSD as having ZNS:[7]




[5] *See* Ex. D, Jonghyeok Park, *VLDB Lab ZNS Guide Samsung ZNS SSD*, GITHUB, available at: https://github.com/JonghyeokPark/ZNS. I note that it is possible that this user's reference to PM9731a was a clerical error that should have referenced PM1731a. If that is the case, then my discussion as to PM1731a applies.

[6] *See* Ex. E, SAMSUNG, *Samsung Electronics Presents Next-generation Memory Solutions to Settle Challenges in the Big Data Era at FMS 2022*, available at: https://semiconductor.samsung.com/emea/news-events/tech-blog/samsung-electronics-presents-next-generation-memory-solutions-to-settle-challenges-in-the-big-data-era-at-fms-2022/.

[7] *See* Ex. F, Patrick Kennedy, *Samsung PB SSD at 128TB for 60PB All-flash Racks*, available at: https://www.servethehome.com/samsung-pb-ssd-at-128tb-for-60pb-all-flash-racks-intel-inspur/.




*Samsung 128TB PB SSD At FMS 2022 Zoom Out 2*

One can see the massive controller onboard and ample memory. Samsung also says this is a ZNS or Zoned Namespaces SSD. ZNS is important here because it allows a few things. One is better multi-tenancy. The other, and perhaps more important, is that ZNS allows for better alignment of data being written, thereby allowing much lower write amplification. This feature allows SSDs to expose more flash for storage rather than reserving capacity for spare area. While the capacity is higher, the ZNS SSDs do need to use this feature to achieve higher capacities.

48. The Zoned Namespaces Command Set Specification ("ZNS Specification") is one of a number of NVMe specifications for memory devices such as SSDs. The ZNS Specification provides an architecture for SSDs that splits an SSD's memory into distinct zones that are erased as a whole and can be accessed by the host.

49. The NVMe Base Specification defines an interface that allows a host device's software to communicate with a non-volatile memory subsystem (NVM subsystem).

50. The NVM Command Set specification defines functionality for the NVM Express Base Specification. The ZNS Specification is based on the NVM Command Set.

51. The NVMe Base Specification and NVM Command Set Specification define a namespace as a set of resources that may be accessed by a host. The host accesses a namespace via the namespace's associated namespace identifier.

52. A zoned namespace is a namespace associated with the ZNS Specification. Zoned namespaces are divided into a set of equally sized zones. These zones are contiguous ranges of LBAs that do not overlap. Each zone has an associated Zone Descriptor containing a set of attributes.

### E. Infringement of the Asserted Patents

53. I analyzed claim 1 of the '183 patent and claim 1 of the '656 patent and reached the conclusion that each and every limitation of these claims is met by Samsung's Accused Instrumentalities.

54. Each of Samsung's Accused Instrumentalities includes NVMe ZNS capabilities. I have reviewed various revisions to the NVMe Zoned Namespace Specification, NVMe Base Specification, and NVMe Command Set Specification for functionalities, commands, responses, and data fields relevant to infringement.[8] The various specification versions are consistent for purposes material to infringement. For example, the commands, responses, data structures, and data types relied on below exist and are consistent for purposes material to infringement across specification versions. This includes, for example, Write and Read Commands, Zone Append Command, Write Pointer, Zone Management Send, Report Zone, Zone Descriptor, LBA, ZSLBA, SLBA, NSID, and Reset Zone.

55. I have also reviewed Samsung's own technical materials cited below.

---

[8] I have reviewed versions 1.1, 1.1a, 1.1b, 1.1c, 1.1d, 1.1e, 1.2, and 1.3 (most current) of the Zoned Namespace Specification. *See* https://nvmexpress.org/specification/nvme-zoned-namespaces-zns-command-set-specification/. I have reviewed versions 1.3, 1.4, 2.0, 2.1, and 2.2 (most current) of the Base Specification. *See* https://nvmexpress.org/specification/nvm-express-base-specification/. I have reviewed versions 1.0 and 1.1 (most current) of the Command Set Specification. *See* https://nvmexpress.org/specification/nvm-command-set-specification/.

56. Detailed specification compliance does not appear to be publicly available for each of Samsung's Accused Instrumentalities. Among other Samsung and third-party sources, the product datasheet for PM1733 has been mapped to the claims below. It is representative of the other SSDs for the elements relied upon below (e.g., Samsung's SSDs having flash memory, a memory controller, or a host interface). For example, Samsung's White Paper on SSDs state that SSDs include flash memory and a memory controller and interface with a host.[9] Other materials cited below, such as Samsung's White Paper on SSDs and Samsung's presentation on ZNS, apply equally for each of Samsung's Accused Instrumentalities for the elements relied upon below. These materials reflect Samsung's understanding of SSDs and ZNS technology, including its own ZNS SSD products.

**1. Claim 1 of the '183 Patent**

(1) [1pre] A memory controller to control flash memory, the flash memory having subdivisions, each of the subdivisions corresponding to a respective group of erase blocks, each of the erase blocks such that it must be erased before storage locations in that erase block can be reprogrammed, the memory controller comprising:

57. To the extent the preamble is found to be limiting, the preamble is met in Samsung's Accused Instrumentalities. See the analysis and evidence cited below.

58. Samsung's Accused Instrumentalities are SSDs that include both flash memory and a memory controller that controls the flash memory. See below.

[9] *See*, e.g., Ex. G, SAMSUNG, *Samsung Solid State Drive White Paper*, available at: https://download.semiconductor.samsung.com/resources/white-paper/Samsung_SSD_White_Paper.pdf, at 30.




Ex. B (Samsung PM1733 Product Brief) (annotated)

59. The flash memory has zones ("subdivisions") with each zone corresponding to a respective group of erase blocks. Because of the inherent properties of NAND flash memory, the erase blocks must be erased before reprogrammed. See below.




Ex. H (*What You Can't Forget: Exploiting Parallelism for Zoned Namespaces*), at 4

> Since overwriting is impossible with NAND flash, existing data must first be erased in order to write new data to that cell, which slows down overall write performance of the SSD. Generally, it takes longer to erase data than to write it because, as mentioned previously, write operations are carried out in pages while erase operations are executed in blocks. To alleviate this decrease in write performance, a process called garbage collection (GC) is implemented to create free blocks within the SSD. This technology secures free blocks by collecting valid pages into a single location and erasing the blocks consisting of invalid pages. However, this too may sometimes result in slower performance in the unexpected case that garbage collection interferes with the host write. Therefore, free space in the SSD is required to allow the firmware (FW) feature to run smoothly. This process in which extra space is allocated is called over-provisioning (OP).

Ex. I (Samsung Over-Provisioning White Paper), at 2 (annotated)

(2) [1a] a host interface;

60. This claim limitation is met in Samsung's Accused Instrumentalities. See the analysis and evidence cited below.

61. Samsung's Accused Instrumentalities implement protocols in the PCIe and NVMe specifications that allow the SSD controller to communicate with the host ("host interface"). See below.

| Samsung PM1733 specifications | |
|---|---|
| Form factor | U.2 / 2.5" |
| Capacity | 1.92 TB, 3.84 TB, 7.68TB, and 15.36TB |
| Host interface | PCIe Gen 3/4 x4 |
| Spec Compliance | NVMe spec rev. 1.3<br>PCI Express base specification rev. 4.0 |
| NAND flash memory | Samsung V-NAND® |

Ex. B (annotated)

(3) [1b] a memory interface;

62. This claim limitation is met in Samsung's Accused Instrumentalities. See the analysis and evidence cited below.

63. Samsung's Accused Instrumentalities have flash memory with Toggle ("memory interface"). See below.

| Samsung PM1733 specifications | |
|---|---|
| Form factor | U.2 / 2.5" |
| Capacity | 1.92 TB, 3.84 TB, 7.68TB, and 15.36TB |
| Host interface | PCIe Gen 3/4 x4 |
| Spec Compliance | NVMe spec rev. 1.3<br>PCI Express base specification rev. 4.0 |
| NAND flash memory | Samsung V-NAND® |

Ex.B (annotated)

## Toggle NAND vs. ONFI NAND

In the NAND flash industry, there is some variation in implementation depending on manufacturer. Samsung and Toshiba make Toggle NAND, whereas everyone else makes what is called ONFI NAND.
Each generation of NAND, whether Toggle or ONFI, differs in the speeds it is capable of delivering: ONFI 1.0 and pre-Toggle NAND from Samsung and Toshiba (both asynchronous) are capable of speeds up to 50MB/s, ONFI 2.x (synchronous) and Toggle 1.0 NAND (asynchronous) are capable of delivering up to 200MB/s and 133MB/s respectively, and ONFI 3.0 and Toggle 2.0 (both asynchronous) are capable of delivering up to 400MB/s. Today's newest NAND chips are either Toggle 2.0 or ONFI 3.x.

Ex. G (Samsung SSD White Paper) at 15.

(4) [1c] logic to track information indicating extent of page utilization of each of the subdivisions;

64. This claim limitation is met in Samsung's Accused Instrumentalities. See the analysis and evidence cited below.

65. The memory controller in Samsung's Accused Instrumentalities has logic that is able to maintain and track a write pointer ("information indicating extent of page utilization") for each zone.

66. The write pointer represents the next LBA in the zone available to which data can be written. The write pointer indicates that all lower numbered LBAs (if any) are written and that all higher numbered LBAs (if any) are not written. The write pointer indicates extent of memory utilization, including page utilization. See below.

| | |
|---|---|
| Write Pointer | The Write Pointer attribute defines the lowest numbered writeable logical block address in that zone. The validity of the write pointer is zone state specific and is defined per zone type (refer to section 2.1.1.2). |

**2.1.1.2.1.1 Writing in Sequential Write Required Zones**

The following commands may be used to write to logical blocks in a specific zone of zone type Sequential Write Required:

- Write command;
- Write Zeroes command;
- Write Uncorrectable command;
- Copy command; and
- Zone Append command.

A write pointer is maintained for each zone in the zoned namespace that indicates the next writeable logical block address in that zone. The write pointer is valid for a subset of the zone states as defined in Figure 4.

Ex. J (ZNS Specification), at 9

Figure 5 shows an example of a zone in the ZSE:Empty state. LBA m is the ZSLBA attribute, the write pointer indicates ZSLBA, and n-1 is the highest LBA of the zone.

**Figure 5: Write Pointer in an Empty Zone**




Figure 6 shows an example of a zone in the ZSIO:Implicitly Opened state, the ZSEO:Explicitly Opened state, or the ZSC:Closed state, that has had some logical blocks written. The write pointer, indicated by LBA *w*, is the lowest-numbered unwritten LBA (i.e., the next LBA to be written) and *n-1* is the highest LBA of the zone.

**Figure 6: Write Pointer in a Partially Written Zone**




*Id.* at 10.

## Writing and Erasing NAND

Before we can understand the various maintenance algorithms that the controller employs to keep your SSD neat and tidy, we need to understand a few basics about how we read and write data to a NAND chip. Data is stored in a unit called a "page," which is finite in size and can only be written to when it is empty. Therefore, in order to write to a page that already contains data, it must first be erased. This would be a simple process, except each page belongs to a group of pages collectively known as a "block." While data is written in pages, it can only be erased in blocks. To help illustrate the concept

Ex. G, at 17 (highlighted).

(5) [1d.1] logic to receive a write request from a host via the host interface, the write request accompanied by an address that designates a specific one of the subdivisions,

67. This claim limitation is met in Samsung's Accused Instrumentalities. See the analysis and evidence cited below.

68. The memory controller in Samsung's Accused Instrumentalities has logic that is able to receive and execute a Write command and a Zone Append command from a host via the host interface. Each of the Write command and Zone Append command is a "write request." See below.

**3.3.6 Write command**

The Write command writes data and metadata, if applicable, to the I/O controller for the logical blocks indicated. The host may also specify protection information to include as part of the operation.

Ex. K (NVM Command Set Specification), at 53

**3.4 Zoned Namespace Command Set I/O Commands**

**3.4.1 Zone Append command**

The Zone Append command writes data and metadata, if applicable, to the I/O controller for the zone indicated by the ZSLBA field. The controller assigns the data and metadata, if applicable, to a set of logical blocks within the zone. The lowest LBA of the set of logical blocks written is returned in the completion queue entry (refer to section 3.4.1.2). The host may also specify protection information to include as part of the operation.

Ex. J, at 21

69. The Write command and Zone Append command are both accompanied by an address that designates a specific zone. The accompanying address for a Write command includes a namespace ID ("NSID"), which indicates a namespace, and a Starting LBA ("SLBA"), which indicates the starting storage location to which data is to be written. The NSID and SLBA together designate a zone ("address that designates a specific one of the subdivisions"). See below.

**Figure 12: Opcodes for Zoned Namespace Command Set I/O Commands**

| Opcode by Field | | | Combined Opcode [1] | Command [2] | Reference |
|---|---|---|---|---|---|
| (07) | (06:02) | (01:00) | | | |
| Standard Command | Function | Data Transfer [3] | | | |
| Refer to the NVM Express Base Specification | | | | Reservation Acquire | NVM Express Base Specification |
| Refer to the NVM Express Base Specification | | | | Reservation Release | NVM Express Base Specification |
| **NVM Command Set commands implemented by this specification** | | | | | |
| Refer to the NVM Command Set Specification | | | | Dataset Management | NVM Command Set Specification |
| **NVM Command Set commands modified by this specification** | | | | | |
| Refer to the NVM Command Set Specification | | | | Write | 3.3.7 |
| Refer to the NVM Command Set Specification | | | | Read | 3.3.3 |
| Refer to the NVM Command Set Specification | | | | Write Uncorrectable | 3.3.8 |
| Refer to the NVM Command Set Specification | | | | Compare | 3.3.1 |
| Refer to the NVM Command Set Specification | | | | Write Zeroes | 3.3.9 |
| Refer to the NVM Command Set Specification | | | | Verify | 3.3.6 |
| Refer to the NVM Command Set Specification | | | | Copy | 3.3.2 |
| **I/O commands defined in this specification** | | | | | |
| 0b | 111 10b | 01b | 79h | Zone Management Send | 3.4.3 |
| 0b | 111 10b | 10b | 7Ah | Zone Management Receive | 3.4.2 |
| 0b | 111 11b | 01b | 7Dh | Zone Append | 3.4.1 |

Notes:
1. Opcodes not listed are defined in the NVM Express Base Specification and in the NVM Command Set Specification.
2. All Zoned Namespace Command Set Commands use the Namespace Identifier (NSID) field. The value FFFFFFFFh is not supported in this field unless footnote 4 in this figure indicates that a specific command does support that value.
3. Indicates the data transfer direction of the command. All options to the command shall transfer data as specified or transfer no data. All commands, including vendor specific commands, shall follow this convention: 00b = no data transfer; 01b = host to controller; 10b = controller to host; 11b = bidirectional.
4. This command may support the use of the Namespace Identifier (NSID) field set to FFFFFFFFh.

Ex. J, at 18

**Figure 88: Common Command Format**

| Bytes | Description |
|---|---|
| 07:04 | **Namespace Identifier (NSID):** This field specifies the namespace that this command applies to. If the namespace identifier is not used for the command, then this field shall be cleared to 0h. The value FFFFFFFFh in this field is a broadcast value (refer to section 3.2.1.2), where the scope (e.g., the NVM subsystem, all attached namespaces, or all namespaces in the NVM subsystem) is dependent on the command. Refer to Figure 140 and Figure 391 for commands that support the use of the value FFFFFFFFh in this field.<br><br>Specifying an inactive namespace identifier (refer to section 3.2.1.4) in a command that uses the namespace identifier shall cause the controller to abort the command with a status code of Invalid Field in Command, unless otherwise specified. Specifying an invalid namespace identifier (refer to section 3.2.1.2) in a command that uses the namespace identifier shall cause the controller to abort the command with a status code of Invalid Namespace or Format, unless otherwise specified.<br><br>If the namespace identifier is used for the command (refer to Figure 140), the value FFFFFFFFh is not supported for that command, and the host specifies a value of FFFFFFFFh, then the controller should abort the command with a status code of Invalid Field in Command, unless otherwise specified.<br><br>If the namespace identifier is not used for the command and the host specifies a value from 1h to FFFFFFFFh, then the controller should abort the command with a status code of Invalid Field in Command, unless otherwise specified. |

Ex. L (NVMe Base Specification), at 107

**Figure 69: Write – Command Dword 10 and Command Dword 11**

| Bits | Description |
|---|---|
| 63:00 | **Starting LBA (SLBA):** This field indicates the 64-bit address of the first logical block to be written as part of the operation. Command Dword 10 contains bits 31:00; Command Dword 11 contains bits 63:32. |

Ex. K, at 54

### 3.3.7 Write command

The Write command operates as defined in the NVM Command Set Specification, with the additional requirements associated with the zone type of the specified zones that the command operates on (refer to section 2.1.1.2).

#### 3.3.7.1 Command Completion

Command Completion is as defined in the NVM Command Set Specification, with the additional Zoned Namespace Command Set Command Specific status values that are defined in Figure 19.

**Figure 19: Write – Command Specific Status Values**

| Value | Description |
|---|---|
| B8h | **Zone Boundary Error:** The command specifies logical blocks in more than one zone. |
| B9h | **Zone Is Full:** The accessed zone is in the ZSF:Full state. |
| BAh | **Zone Is Read Only:** The accessed zone is in the ZSRO:Read Only state. |
| BBh | **Zone Is Offline:** The accessed zone is in the ZSO:Offline state. |
| BCh | **Zone Invalid Write:** The write to a zone was not at the write pointer. |
| BDh | **Too Many Active Zones:** The controller does not allow additional active zones. |
| BEh | **Too Many Open Zones:** The controller does not allow additional open zones. |

Ex. J, at 20

70. The accompanying address for a Zone Append command includes a namespace ID ("NSID"), which indicates a namespace, and a Zone Start LBA ("ZSLBA"), which designates a zone in the namespace to which data is to be written. See below.

**Figure 12: Opcodes for Zoned Namespace Command Set I/O Commands**

| Opcode by Field | | | Combined Opcode [1] | Command [2] | Reference |
|---|---|---|---|---|---|
| (07) | (06:02) | (01:00) | | | |
| Standard Command | Function | Data Transfer [3] | | | |
| Refer to the NVM Express Base Specification | | | | Reservation Acquire | NVM Express Base Specification |
| Refer to the NVM Express Base Specification | | | | Reservation Release | NVM Express Base Specification |
| **NVM Command Set commands implemented by this specification** | | | | | |
| Refer to the NVM Command Set Specification | | | | Dataset Management | NVM Command Set Specification |
| **NVM Command Set commands modified by this specification** | | | | | |
| Refer to the NVM Command Set Specification | | | | Write | 3.3.7 |
| Refer to the NVM Command Set Specification | | | | Read | 3.3.3 |
| Refer to the NVM Command Set Specification | | | | Write Uncorrectable | 3.3.8 |
| Refer to the NVM Command Set Specification | | | | Compare | 3.3.1 |
| Refer to the NVM Command Set Specification | | | | Write Zeroes | 3.3.9 |
| Refer to the NVM Command Set Specification | | | | Verify | 3.3.6 |
| Refer to the NVM Command Set Specification | | | | Copy | 3.3.2 |
| **I/O commands defined in this specification** | | | | | |
| 0b | 111 10b | 01b | 79h | Zone Management Send | 3.4.3 |
| 0b | 111 10b | 10b | 7Ah | Zone Management Receive | 3.4.2 |
| 0b | 111 11b | 01b | 7Dh | Zone Append | 3.4.1 |

Notes:
1. Opcodes not listed are defined in the NVM Express Base Specification and in the NVM Command Set Specification.
2. All Zoned Namespace Command Set Commands use the Namespace Identifier (NSID) field. The value FFFFFFFFh is not supported in this field unless footnote 4 in this figure indicates that a specific command does support that value.
3. Indicates the data transfer direction of the command. All options to the command shall transfer data as specified or transfer no data. All commands, including vendor specific commands, shall follow this convention: 00b = no data transfer; 01b = host to controller; 10b = controller to host; 11b = bidirectional.
4. This command may support the use of the Namespace Identifier (NSID) field set to FFFFFFFFh.

Ex. J, at 18

**Figure 88: Common Command Format**

| Bytes | Description |
| --- | --- |
| 07:04 | **Namespace Identifier (NSID):** This field specifies the namespace that this command applies to. If the namespace identifier is not used for the command, then this field shall be cleared to 0h. The value FFFFFFFFh in this field is a broadcast value (refer to section 3.2.1.2), where the scope (e.g., the NVM subsystem, all attached namespaces, or all namespaces in the NVM subsystem) is dependent on the command. Refer to Figure 140 and Figure 391 for commands that support the use of the value FFFFFFFFh in this field.<br><br>Specifying an inactive namespace identifier (refer to section 3.2.1.4) in a command that uses the namespace identifier shall cause the controller to abort the command with a status code of Invalid Field in Command, unless otherwise specified. Specifying an invalid namespace identifier (refer to section 3.2.1.2) in a command that uses the namespace identifier shall cause the controller to abort the command with a status code of Invalid Namespace or Format, unless otherwise specified.<br><br>If the namespace identifier is used for the command (refer to Figure 140), the value FFFFFFFFh is not supported for that command, and the host specifies a value of FFFFFFFFh, then the controller should abort the command with a status code of Invalid Field in Command, unless otherwise specified.<br><br>If the namespace identifier is not used for the command and the host specifies a value from 1h to FFFFFFFFh, then the controller should abort the command with a status code of Invalid Field in Command, unless otherwise specified. |

Ex. L, at 107

### 3.4 Zoned Namespace Command Set I/O Commands

#### 3.4.1 Zone Append command

The Zone Append command writes data and metadata, if applicable, to the I/O controller for the zone indicated by the ZSLBA field. The controller assigns the data and metadata, if applicable, to a set of logical blocks within the zone. The lowest LBA of the set of logical blocks written is returned in the completion queue entry (refer to section 3.4.1.2). The host may also specify protection information to include as part of the operation.

**Figure 25: Zone Append – Command Dword 10 and Command Dword 11**

| Bits | Description |
| --- | --- |
| 63:00 | **Zone Start Logical Block Address (ZSLBA):** This field indicates the 64-bit address of the lowest logical block of the zone in which the data and metadata, if applicable, associated with this command is to be stored. Command Dword 10 contains bits 31:00; Command Dword 11 contains bits 63:32. |

Ex. J, at 21–22.

(6) <u>[1d.2] wherein the logic to track is to, in association with execution of the write request, update the information indicating extent of page utilization of the specific one of the subdivisions;</u>

71. This claim limitation is met in Samsung's Accused Instrumentalities. See the analysis and evidence cited below.

72. The memory controller in Samsung's Accused Instrumentalities has logic that is able to update the write pointer for a zone in association with execution of a write request ("update the information indicating extent of page utilization of the specific one of the subdivisions"). See below.

> The write pointer for a zone in the ZSE:Empty state, the ZSIO:Implicitly Opened state, the ZSEO:Explicitly Opened state, or the ZSC:Closed state shall be increased by the number of logical blocks written on successful completion of a write operation.

Ex. J, at 10.

(7) <u>[1e] logic to send the host the information indicating extent of page utilization of the specific one of the subdivisions and an address corresponding to the specific one of the subdivisions;</u>

73. This claim limitation is met in Samsung's Accused Instrumentalities. See the analysis and evidence cited below.

74. The memory controller in Samsung's Accused Instrumentalities has logic that is able to report to the host the write pointer for a zone ("information indicating extent of page utilization of the specific one of the subdivisions") and the ZSLBA for a zone ("address corresponding to the specific one of the subdivisions"). The write pointer and ZSLBA are sent in response to a Zone Management Receive command specifying a Report Zones action as part of a Zone Descriptor. See below.

> **3.4.2.1 Zone Receive Actions**
>
> The Zone Management Receive command Zone Receive Action field specifies what action to perform.
>
> **3.4.2.1.1 Report Zones**
>
> The Report Zones action returns the Report Zones data structure (refer to Figure 35). The Zone Descriptors of the Report Zones data structure shall:
>
> a) report only Zone Descriptors of zones for which the ZSLBA value is greater than or equal to the ZSLBA value of the zone specified by the SLBA value in the command;
> b) match the criteria in the Zone Receive Action Specific field; and
> c) be sorted in ascending order by the ZSLBA value of each zone.

### 3.4.2.2.1 Report Zones Data Structure

Figure 35 defines the Report Zones Data Structure.

**Figure 35: Report Zones Data Structure**

| Bytes | Description |
|---|---|
| 07:00 | **Number of Zones:** If the Partial Report bit (refer to Figure 34) is cleared to '0', then this field indicates the number of zones that match the criteria defined in section 3.4.2.1.1.<br>If the Partial Report bit is set to '1', then this field indicates the number of zones for which complete Zone Descriptors were transferred to the data buffer.<br>Refer to section 3.4.2.1.1 for the content of the data buffer. |
| 63:08 | Reserved |
| 127:64 | **Zone Descriptor 0:** Contains the Zone Descriptor for the first zone reported, if any (refer to Figure 37). |
| 191:128 | **Zone Descriptor 1:** Contains the Zone Descriptor for the second zone reported, if any. |
| … | … |
| ((n+1)*64)+63:(n+1)*64 | **Zone Descriptor n:** Contains the Zone Descriptor for the last zone reported, if any. |

### 3.4.2.2.3 Zone Descriptor Data Structure

Figure 37 defines the Zone Descriptor data structure.

**Figure 37: Zone Descriptor Data Structure**

| Bytes | Description |
|---|---|
| 00 | Bits 7:4 – Reserved<br>Bits 3:0 – **Zone Type (ZT):** This field indicates the type of the zone.<br>Value 2h – Definition: Sequential Write Required<br>All other values – Reserved |
| 23:16 | **Zone Start Logical Block Address (ZSLBA):** This field contains the 64-bit address of the lowest logical block for the zone. |
| 31:24 | **Write Pointer (WP):** This field is the logical block address where the next write operation for this zone should be issued. Refer to section 2.1.1.2.1 for the behavior of the write pointer. |

Ex. J, at 26–28

(8) [1f.1] logic to receive an erasure request from the host, via the host interface, the erasure request accompanied by the address corresponding to the specific one of the subdivisions,

75. This claim limitation is met in Samsung's Accused Instrumentalities. See the analysis and evidence cited below.

76. The memory controller in Samsung's Accused Instrumentalities has logic that is able to receive and execute a Zone Management Send command specifying a Reset Zone action

from the host ("an erasure request") via the host interface. The Zone Management Send command is accompanied by a Starting LBA, which is the lowest LBA of the zone ("address corresponding to the specific one of the subdivisions"). See below.

**3.4.3 Zone Management Send command**

The Zone Management Send command requests an action on one or more zones. The command uses the Data Pointer, Command Dword 10, Command Dword 11, and Command Dword 13 fields. All other command specific fields are reserved.

**Figure 38: Zone Management Send – Command Dword 10 and Command Dword 11**

| Bits | Description |
|---|---|
| 63:00 | **Starting LBA (SLBA):** This field specifies the lowest LBA of the zone on which the Zone Send Action is performed. Command Dword 10 contains bits 31:00 of the SLBA; Command Dword 11 contains bits 63:32 of the SLBA. |

**Figure 39: Zone Management Send – Command Dword 13**

| Bits | Description | | |
|---|---|---|---|
| 31:09 | Reserved | | |
| 08 | **Select All:** If this bit is set to '1', then the SLBA field is ignored. If this bit is cleared to '0', then the SLBA field specifies the lowest logical block of the zone. Refer to section 3.4.3.1 for specific behavior for each Zone Send Action. | | |
| 07:00 | **Zone Send Action (ZSA):** Defines the zone action to be performed for Zone Management Send. | | |
| | **Value** | **Description** | **Refer to section** |
| | 00h | Reserved | |
| | 01h | **Close Zone:** Close one or more zones. | 3.4.3.1.1 |
| | 02h | **Finish Zone:** Finish one or more zones. | 3.4.3.1.2 |
| | 03h | **Open Zone:** Open one or more zones. | 3.4.3.1.3 |
| | 04h | **Reset Zone:** Reset one or more zones. | 3.4.3.1.4 |
| | 05h | **Offline Zone:** Offline one or more zones. | 3.4.3.1.5 |
| | 06h to 0Fh | Reserved | |
| | 10h | **Set Zone Descriptor Extension:** Attach Zone Descriptor Extension data to a zone. | 3.4.3.1.6 |
| | 11h to FFh | Reserved | |

Ex. J, at 29

(9) <u>[1f.2] to responsively control erasure of each unerased erase block in the group respective to the specific one of the subdivisions, and to update the information indicating extent of page utilization of the specific one of the subdivisions; and</u>

77. This claim limitation is met in Samsung's Accused Instrumentalities. See the analysis and evidence cited below.

78. The memory controller in Samsung's Accused Instrumentalities has logic that is able to receive and execute a Zone Management Send command specifying a Reset Zone action from the host ("an erasure request") via the host interface. Execution of the Zone Management Send Command with the Reset Zone action results in the zone being reset, which means that the zone state for that zone will be set as Empty, and the unerased erase blocks in the zone will be erased ("responsively control erasure of each unerased erase block in the group respective to the specific one of the subdivisions"), and the write pointer of the zone will become the ZSLBA ("update the information indicating extent of page utilization of the specific one of the subdivisions"). See:

**3.4.3.1.4 Reset Zone**

If the Select All bit in Command Dword 13 is cleared to '0', and the zone specified by the SLBA field is in the:

a) ZSIO:Implicitly Opened state, the ZSEO:Explicitly Opened state, the ZSC:Closed state, or the ZSF:Full state, then the specified zone shall be transitioned to the ZSE:Empty state;

b) ZSE:Empty state, then no change shall be made to the zone state; and
c) ZSRO:Read Only state, or the ZSO:Offline state, then the controller shall abort the command with a status code of Invalid Zone State Transition.

If the Select All bit is set to '1', then the SLBA field shall be ignored and all zones that are in the:

a) ZSIO:Implicity Opened state;
b) ZSEO:Explicitly Opened state;
c) ZSC:Closed state; and
d) the ZSF:Full state,

shall be transitioned to the ZSE:Empty state.

If the command completes successfully, then for each affected zone:

a) the Write Pointer zone attribute in the Zone Descriptor shall be set to the ZSLBA of the zone; and
b) the following zone attribute bits in the Zone Descriptor shall be cleared to '0':
   a) Zone Descriptor Extension Valid;
   b) Finish Zone Recommended;
   c) Reset Zone Recommended; and
   d) Zone Finished by Controller.

Ex. J, at 30–31

> As a zone reset operation destroys data in a specific zone, it is optional for the host software to perform a zone reset operation on zones that have the Reset Zone Recommended zone attribute set to '1'. If the host does not perform a zone reset operation on the specific zone, then the internal operation, which may impact performance, may be performed.

Ex. J, at 42

> The Zone Management Send command with a Zone Send Action of Reset Zone sets the write pointer to the ZSLBA for that zone.

Ex. J, at 10

> **MB:** Yes, George is right. What has been standardized today is that, for ZNS, you need to write sequentially. If you want to write to a specific page again, you need a "zone reset"—which erases the zone's contents and reverts the zone to an empty state—and then you can write to that page again. But inherently, with an SSD, you can write randomly to a zone if you want to. It just hasn't been standardized yet. Such a zone type would allow the SSDs write amplification to stay the same as sequential write zones. However, there is a different set of tradeoffs, but it is very much possible. It's just that the first thing we went and standardized was sequential write, getting that stable and working. There are a lot of hardware optimizations that one can do when just sequential writes are allowed, but both having random and sequential writes is possible, it's just a matter of the hardware resources required to do that.
>
> In general, for the zone interface, you have zones of a specific zone type. Initially ZNS only support a single zone type, where a you have to write them sequentially, and then you do a zone reset. The goal of the initial zone type was to make it as easy as possible to implement software to enforce these workloads. Today there are already applications that have all these things done; they just don't align their writes to zone boundaries by getting the zone information from the drive yet.

Ex. M (discussion by Mattias Bjorling, one of the authors of the ZNS Specification) (annotated)

(10) <u>[1g] logic to, in connection with the erasure, detect a defect in one of the erase blocks in the group respective to the specific one of the subdivisions, to responsively substitute one or more different erase blocks of the flash memory for the one of the erase blocks for which the defect was detected;</u>

79. This claim limitation is met in Samsung's Accused Instrumentalities. See the analysis and evidence cited below.

80. The memory controller in Samsung's Accused Instrumentalities has logic that is able to detect a failed or bad erase block in connection with an erasure operation for a zone ("detect a defect in one of the erase blocks in the group respective to the specific one of the subdivisions"). The memory in controller in Samsung's Accused Instrumentalities has logic that is able, in

response to such a detection, to retire the bad erase block and replace it with one or more other erase blocks ("responsively substitute one or more different erase blocks of the flash memory for the one of the erase blocks for which the defect was detected"). See below.

## Bad Block Management & Error Correcting Code (ECC)

In addition to maintenance at the drive level, the SSD must also perform maintenance at the chip level. In every NAND cell, each page contains a few extra bytes of extra capacity that the SSD controller uses to store a "parity bit." Error-Correcting Code (ECC) uses this parity bit to compensate for other bits that may fail during normal operation of the drive. When the controller detects a read failure, it will invoke ECC to try and recover from it. If recovery is not possible, the firmware's bad block management feature will retire the block and replace it with one of several free "reserved blocks." "Bad blocks" can be made during read, program, or erase operations and are actively managed to guarantee expected SSD performance.

Ex. G, at 19 (highlighted)

## 2. Why is OP important?

OP has a direct effect on the SSD's random performance as the drive is filled with data. Guaranteeing free space to accomplish the NAND management tasks (GC, wear-leveling, bad block management) means the SSD does not have to waste time preparing space on demand, a process that requires additional time as data is copied, erased and recopied. An added benefit is that OP makes all of the SSD maintenance procedures more efficient, reducing the Write Amplification Factor (WAF) by ensuring there's room to work, which improves the SSD's lifetime.

Ex. N (Samsung Application Note), at 2

## Logical Hierarchical Addressing

- Each field maps to logical part of architecture
  - Flexibility in HW to manage NAND (such as mapping out bad blocks)
  - System can implement 2-part wear leveling*
  - Overheads significantly lower than conventional SSDs
- Host IO Requirements
  - Allocate a fresh a chunk before writing any sectors
  - Write sectors within the chunk sequentially
  - Some new elements to abstract NAND management, for example, the cache minimum write size

Address Format:

MSB LSB

| Group | Parallel Unit | Chunk | Sector |
|---|---|---|---|

Group: SSD Channel
Parallel Unit (PU): NAND Die
Chunk: multi-plane block
Sector: 512B or 4k region of NAND page

Ex. O (Microsoft Denali Presentation), at 15 (highlighted)

(11) [1h] wherein each said logic comprises at least one of hardware circuitry or instructions stored on non-transitory, machine-readable media that when executed are to control the operation of hardware circuitry.

81. This claim limitation is met in Samsung's Accused Instrumentalities. Samsung's Accused Instrumentalities have logic in the form of a controller (including "hardware circuitry") and/or firmware ("instructions") stored on non-transitory, machine-readable media that when executed can control the operation of hardware circuitry. See below.




Ex. B (annotated)

## 09 | Why Integration Matters

### What Samsung's Vertical Integration Means to You

The three most crucial components of any SSD are the NAND flash memory, the controller, and the firmware. The first does the critical task of storing your precious data; the second two work together to accomplish the complex and equally essential tasks of managing data storage and maintaining the performance and lifespan of the SSD. Using the control program contained in the drive firmware, the controller (an embedded microchip) executes automated signal processing, wear-leveling, Error Correcting Code (ECC), bad block management, and garbage collection algorithms, communicates with the host device (e.g. a PC), and facilitates data encryption, among other tasks. Redundantly stored in NAND flash, the firmware may be updated manually to improve or extend functionality when the SSD manufacturer releases an update.

The NAND flash itself is a kind of digital repository, while the controller functions as the command center for everything the SSD does – from actually reading and writing data to executing the Garbage Collection and wear-leveling algorithms that keep the drive clean and speedy. Thus, the firmware, which drives the controller, is arguably the most important component of a good SSD because it delivers the largest difference among branded SSDs in terms of performance, reliability, and endurance (lifespan). Developing good firmware requires precise engineering skills and painstaking integration among the NAND flash, controller, DRAM and other SSD components. Intimate knowledge of NAND characteristics, semiconductor process technologies, and controller characteristics must go hand-in-hand.

Samsung represents one of the few manufacturers that designs all of these components in-house; and, among those who do, Samsung enjoys the most experience (with over 6 years as the number one supplier in the preinstalled SSD market).

Ex. G, at 30 (highlighted)

**2. Claim 1 of the '656 Patent**

(1) [1pre] A storage device comprising:

82. This preamble is met in Samsung's Accused Instrumentalities. Samsung's Accused Instrumentalities are SSDs which comprise a storage device.

(2) [1a] flash memory having physical erase units; and

83. This claim limitation is met in Samsung's Accused Instrumentalities. See the analysis and evidence cited below.

84. Samsung's Accused Instrumentalities are SSDs that include flash memory that has physical erase blocks ("erase units"). See below.

| Samsung PM1733 specifications | |
|---|---|
| Form factor | U.2 / 2.5" |
| Capacity | 1.92 TB, 3.84 TB, 7.68TB, and 15.36TB |
| Host interface | PCIe Gen 3/4 x4 |
| Spec Compliance | NVMe spec rev. 1.3<br>PCI Express base specification rev. 4.0 |
| NAND flash memory | Samsung V-NAND® |

Ex. B (annotated)

> Since overwriting is impossible with NAND flash, existing data must first be erased in order to write new data to that cell, which slows down overall write performance of the SSD. Generally, it takes longer to erase data than to write it because, as mentioned previously, write operations are carried out in pages while erase operations are executed in blocks. To alleviate this decrease in write performance, a process called garbage collection (GC) is implemented to create free blocks within the SSD. This technology secures free blocks by collecting valid pages into a single location and erasing the blocks consisting of invalid pages. However, this too may sometimes result in slower performance in the unexpected case that garbage collection interferes with the host write. Therefore, free space in the SSD is required to allow the firmware (FW) feature to run smoothly. This process in which extra space is allocated is called over-provisioning (OP).

Ex. I, at 2 (highlighted)

(3) [1b] circuitry to receive incoming data access requests and for each of the incoming data access requests, accompanying address information, wherein said circuitry is to:

85. This claim limitation is met in Samsung's Accused Instrumentalities. See the analysis and evidence cited below.

86. The circuitry in Samsung's Accused Instrumentalities is able to receive and execute incoming Write commands and Read commands. Each of a Write command and a Read command is an "incoming data access request." See below.

> **3.3.4 Read command**
>
> The Read command reads data and metadata, if applicable, from the I/O controller for the LBAs indicated. The command may specify protection information to be checked as part of the read operation.

Ex. K, at 48.

**3.3.6 Write command**

The Write command writes data and metadata, if applicable, to the I/O controller for the logical blocks indicated. The host may also specify protection information to include as part of the operation.

Ex. K, at 53.

87. The Write command and Read command are accompanied by address information. They both include a namespace ID ("NSID"), which indicates a namespace, and a Starting LBA ("SLBA"), which indicates the starting storage location to be written to or read from. The NSID and SLBA are "accompanying address information." See below.

**Figure 12: Opcodes for Zoned Namespace Command Set I/O Commands**

| Opcode by Field | | | Combined Opcode 1 | Command 2 | Reference |
|---|---|---|---|---|---|
| (07) Standard Command | (06:02) Function | (01:00) Data Transfer 3 | | | |
| Refer to the NVM Express Base Specification | | | | Reservation Acquire | NVM Express Base Specification |
| Refer to the NVM Express Base Specification | | | | Reservation Release | NVM Express Base Specification |
| **NVM Command Set commands implemented by this specification** | | | | | |
| Refer to the NVM Command Set Specification | | | | Dataset Management | NVM Command Set Specification |
| **NVM Command Set commands modified by this specification** | | | | | |
| Refer to the NVM Command Set Specification | | | | Write | 3.3.7 |
| Refer to the NVM Command Set Specification | | | | Read | 3.3.3 |
| Refer to the NVM Command Set Specification | | | | Write Uncorrectable | 3.3.8 |
| Refer to the NVM Command Set Specification | | | | Compare | 3.3.1 |
| Refer to the NVM Command Set Specification | | | | Write Zeroes | 3.3.9 |
| Refer to the NVM Command Set Specification | | | | Verify | 3.3.6 |
| Refer to the NVM Command Set Specification | | | | Copy | 3.3.2 |
| **I/O commands defined in this specification** | | | | | |
| 0b | 111 10b | 01b | 79h | Zone Management Send | 3.4.3 |
| 0b | 111 10b | 10b | 7Ah | Zone Management Receive | 3.4.2 |
| 0b | 111 11b | 01b | 7Dh | Zone Append | 3.4.1 |

Notes:
1. Opcodes not listed are defined in the NVM Express Base Specification and in the NVM Command Set Specification.
2. All Zoned Namespace Command Set Commands use the Namespace Identifier (NSID) field. The value FFFFFFFFh is not supported in this field unless footnote 4 in this figure indicates that a specific command does support that value.
3. Indicates the data transfer direction of the command. All options to the command shall transfer data as specified or transfer no data. All commands, including vendor specific commands, shall follow this convention: 00b = no data transfer; 01b = host to controller; 10b = controller to host; 11b = bidirectional.
4. This command may support the use of the Namespace Identifier (NSID) field set to FFFFFFFFh.

Ex. J, at 18

**Figure 88: Common Command Format**

| Bytes | Description |
|---|---|
| 07:04 | **Namespace Identifier (NSID):** This field specifies the namespace that this command applies to. If the namespace identifier is not used for the command, then this field shall be cleared to 0h. The value FFFFFFFFh in this field is a broadcast value (refer to section 3.2.1.2), where the scope (e.g., the NVM subsystem, all attached namespaces, or all namespaces in the NVM subsystem) is dependent on the command. Refer to Figure 140 and Figure 391 for commands that support the use of the value FFFFFFFFh in this field.<br><br>Specifying an inactive namespace identifier (refer to section 3.2.1.4) in a command that uses the namespace identifier shall cause the controller to abort the command with a status code of Invalid Field in Command, unless otherwise specified. Specifying an invalid namespace identifier (refer to section 3.2.1.2) in a command that uses the namespace identifier shall cause the controller to abort the command with a status code of Invalid Namespace or Format, unless otherwise specified.<br><br>If the namespace identifier is used for the command (refer to Figure 140), the value FFFFFFFFh is not supported for that command, and the host specifies a value of FFFFFFFFh, then the controller should abort the command with a status code of Invalid Field in Command, unless otherwise specified.<br><br>If the namespace identifier is not used for the command and the host specifies a value from 1h to FFFFFFFFh, then the controller should abort the command with a status code of Invalid Field in Command, unless otherwise specified. |

Ex. L, at 107

**Figure 52: Read – Command Dword 10 and Command Dword 11**

| Bits | Description |
|---|---|
| 63:00 | **Starting LBA (SLBA):** This field indicates the 64-bit address of the first logical block to be read as part of the operation. Command Dword 10 contains bits 31:00; Command Dword 11 contains bits 63: 32. |

Ex. K, at 49

**Figure 69: Write – Command Dword 10 and Command Dword 11**

| Bits | Description |
|---|---|
| 63:00 | **Starting LBA (SLBA):** This field indicates the 64-bit address of the first logical block to be written as part of the operation. Command Dword 10 contains bits 31:00; Command Dword 11 contains bits 63:32. |

Ex. K, at 54

(4) [1c] derive, from the accompanying address information, a first address portion, a second address portion and a third address portion,

88. This claim limitation is met in Samsung's Accused Instrumentalities. See the analysis and evidence cited below.

89. The circuitry in Samsung's Accused Instrumentalities is able to derive from the accompanying address information the NSID ("a first address portion"), a zone identifier ("a second address portion"), and an LBA and/or a zone offset ("a third address portion"). See below.

| | |
|---|---|
| 2. | All Zoned Namespace Command Set Commands use the Namespace Identifier (NSID) field. The value FFFFFFFFh is not supported in this field unless footnote 4 in this figure indicates that a specific command does support that value. |

Ex. J, at 18

**Figure 52: Read – Command Dword 10 and Command Dword 11**

| Bits | Description |
|---|---|
| 63:00 | **Starting LBA (SLBA):** This field indicates the 64-bit address of the first logical block to be read as part of the operation. Command Dword 10 contains bits 31:00; Command Dword 11 contains bits 63: 32. |

Ex. K, at 49

**Figure 69: Write – Command Dword 10 and Command Dword 11**

| Bits | Description |
|---|---|
| 63:00 | **Starting LBA (SLBA):** This field indicates the 64-bit address of the first logical block to be written as part of the operation. Command Dword 10 contains bits 31:00; Command Dword 11 contains bits 63:32. |

Ex. K, at 54

### 2.1.1 Namespaces

A namespace is a collection of NVM and is defined in the NVM Express Base Specification and in the NVM Command Set Specification, as modified by this specification.

A zoned namespace is a namespace that is associated with the Zoned Namespace Command Set. A zoned namespace is divided into a set of equally-sized zones, which are contiguous non-overlapping ranges of logical block addresses. Figure 2 shows a zoned namespace with *x* zones and *z* LBAs where LBA 0 is the lowest LBA of zone 0, LBA *z*-1 is the highest LBA of zone *x*-1, and for Zone 1, *m* is the lowest LBA and *n*-1 is its highest LBA.

**Figure 2: Zones in a Zoned Namespace**




The Zoned Namespace Command Set is based on the NVM Command Set (refer to the NVM Command Set Specification).

Each zone has an associated Zone Descriptor that contains a set of attributes. A Zone Management Receive command may be used to retrieve one or more Zone Descriptors.

Ex. J, at 8




Figure 1: An example of zone and chunk mapping. With the zone address, the second FBG in the FCG 1 is selected. With the chunk offset, the third stripe in the selected FBG and the third flash page (chip 2) in the stripe are targeted.

Ex. P (*Advanced Zoned Namespace Interface for Supporting In-Storage Zone Compaction*), at 149

(5) <u>[1d] identify an addressed block device from the first address portion,</u>

90. This claim limitation is met in Samsung's Accused Instrumentalities. See the analysis and evidence cited below.

91. The circuitry in Samsung's Accused Instrumentalities is able to identify an addressed namespace ("addressed block device") from the NSID ("the first address portion"). See below.

**Figure 88: Common Command Format**

| Bytes | Description |
|---|---|
| 07:04 | **Namespace Identifier (NSID):** This field specifies the namespace that this command applies to. If the namespace identifier is not used for the command, then this field shall be cleared to 0h. The value FFFFFFFFh in this field is a broadcast value (refer to section 3.2.1.2), where the scope (e.g., the NVM subsystem, all attached namespaces, or all namespaces in the NVM subsystem) is dependent on the command. Refer to Figure 140 and Figure 391 for commands that support the use of the value FFFFFFFFh in this field.<br><br>Specifying an inactive namespace identifier (refer to section 3.2.1.4) in a command that uses the namespace identifier shall cause the controller to abort the command with a status code of Invalid Field in Command, unless otherwise specified. Specifying an invalid namespace identifier (refer to section 3.2.1.2) in a command that uses the namespace identifier shall cause the controller to abort the command with a status code of Invalid Namespace or Format, unless otherwise specified.<br><br>If the namespace identifier is used for the command (refer to Figure 140), the value FFFFFFFFh is not supported for that command, and the host specifies a value of FFFFFFFFh, then the controller should abort the command with a status code of Invalid Field in Command, unless otherwise specified.<br><br>If the namespace identifier is not used for the command and the host specifies a value from 1h to FFFFFFFFh, then the controller should abort the command with a status code of Invalid Field in Command, unless otherwise specified. |

Ex. L, at 107

(6) <u>[1e] identify an addressed segment within the addressed block device from the second address portion, and</u>

92. This claim limitation is met in Samsung's Accused Instrumentalities. See the analysis and evidence cited below.

93. The circuitry in Samsung's Accused Instrumentalities is able to identify an addressed zone ("addressed segment") within the addressed namespace ("addressed block device") from a zone identifier ("the second address portion"). For example, Samsung's Accused Instrumentalities are able to derive a zone identifier from the SLBA, which identifies an addressed zone, in order to specify the zone to which the incoming data access request applies and to detect errors such as zone boundary errors and inapplicable zone state errors. See below.

### 2.1.1 Namespaces

A namespace is a collection of NVM and is defined in the NVM Express Base Specification and in the NVM Command Set Specification, as modified by this specification.

A zoned namespace is a namespace that is associated with the Zoned Namespace Command Set. A zoned namespace is divided into a set of equally-sized zones, which are contiguous non-overlapping ranges of logical block addresses. Figure 2 shows a zoned namespace with *x* zones and *z* LBAs where LBA 0 is the lowest LBA of zone 0, LBA *z*-1 is the highest LBA of zone *x*-1, and for Zone 1, *m* is the lowest LBA and *n*-1 is its highest LBA.

**Figure 2: Zones in a Zoned Namespace**




The Zoned Namespace Command Set is based on the NVM Command Set (refer to the NVM Command Set Specification).

Each zone has an associated Zone Descriptor that contains a set of attributes. A Zone Management Receive command may be used to retrieve one or more Zone Descriptors.

Ex. J, at 8

### 3.3.5 Read command

The Read command operates as defined in the NVM Command Set Specification, with the additional requirements associated with the zone type of the specified zones that the command operates on (refer to section 2.1.1.2).

#### 3.3.5.1 Command Completion

Command Completion is as defined in the NVM Command Set Specification, with the additional Zoned Namespace Command Set Command Specific status values that are defined in Figure 17.

**Figure 17: Read – Command Specific Status Values**

| Value | Description |
|---|---|
| B8h | **Zone Boundary Error:** The command specifies logical blocks in more than one zone. |
| BBh | **Zone Is Offline:** The accessed zone is in the ZSO:Offline state. |

*Id.* at 20

**3.3.7 Write command**

The Write command operates as defined in the NVM Command Set Specification, with the additional requirements associated with the zone type of the specified zones that the command operates on (refer to section 2.1.1.2).

**3.3.7.1 Command Completion**

Command Completion is as defined in the NVM Command Set Specification, with the additional Zoned Namespace Command Set Command Specific status values that are defined in Figure 19.

**Figure 19: Write – Command Specific Status Values**

| Value | Description |
|---|---|
| B8h | **Zone Boundary Error:** The command specifies logical blocks in more than one zone. |
| B9h | **Zone Is Full:** The accessed zone is in the ZSF:Full state. |
| BAh | **Zone Is Read Only:** The accessed zone is in the ZSRO:Read Only state. |
| BBh | **Zone Is Offline:** The accessed zone is in the ZSO:Offline state. |
| BCh | **Zone Invalid Write:** The write to a zone was not at the write pointer. |
| BDh | **Too Many Active Zones:** The controller does not allow additional active zones. |
| BEh | **Too Many Open Zones:** The controller does not allow additional open zones. |

*Id.* at 20

(7) [1f] identify an addressed storage location within the addressed segment from the third address portion,

94. This claim limitation is met in Samsung's Accused Instrumentalities. See the analysis and evidence cited below.

95. The circuitry in Samsung's Accused Instrumentalities is able to identify a location within a zone, including a logical block, page, and/or erase unit, ("addressed storage location") within the addressed zone ("addressed segment") from the LBA and/or the zone offset ("the third address portion"). See below.

**1.4.3.3 logical block**

The smallest addressable data unit for Read and Write commands.

**1.4.3.4 logical block address (LBA)**

The address of a logical block, referred to commonly as LBA.

Ex. K, at 10

### 2.1.1 Namespaces

A namespace is a collection of NVM and is defined in the NVM Express Base Specification and in the NVM Command Set Specification, as modified by this specification.

A zoned namespace is a namespace that is associated with the Zoned Namespace Command Set. A zoned namespace is divided into a set of equally-sized zones, which are contiguous non-overlapping ranges of logical block addresses. Figure 2 shows a zoned namespace with *x* zones and *z* LBAs where LBA 0 is the lowest LBA of zone 0, LBA *z*-1 is the highest LBA of zone *x*-1, and for Zone 1, *m* is the lowest LBA and *n*-1 is its highest LBA.

**Figure 2: Zones in a Zoned Namespace**




The Zoned Namespace Command Set is based on the NVM Command Set (refer to the NVM Command Set Specification).

Each zone has an associated Zone Descriptor that contains a set of attributes. A Zone Management Receive command may be used to retrieve one or more Zone Descriptors.

Ex. J, at 8




Figure 1: An example of zone and chunk mapping. With the zone address, the second FBG in the FCG 1 is selected. With the chunk offset, the third stripe in the selected FBG and the third flash page (chip 2) in the stripe are targeted.

Ex. P, at 149

(8) <u>[1g] wherein the circuitry is to use a division operation to identify a logical erase unit within the addressed segment,</u>

96. This claim limitation is met in Samsung's Accused Instrumentalities. See the analysis and evidence cited below.

97. The circuitry in Samsung's Accused Instrumentalities is able to use a division operation to identify a logical erase unit within the addressed zone ("addressed segment"). Samsung's Accused Instrumentalities likely have zones with multiple equally sized erase units. A division operation is likely used to identify a particular erase unit within a zone. See below.




Ex. H, at 4

98. The circuitry in Samsung's Accused Instrumentalities maintains logical erase unit to physical erase unit mapping to enable them to detect a failure condition of the physical blocks, map out the bad blocks, and substitute different blocks for the bad ones. See below.

> **Bad Block Management & Error Correcting Code (ECC)**
>
> In addition to maintenance at the drive level, the SSD must also perform maintenance at the chip level. In every NAND cell, each page contains a few extra bytes of extra capacity that the SSD controller uses to store a "parity bit." Error-Correcting Code (ECC) uses this parity bit to compensate for other bits that may fail during normal operation of the drive. When the controller detects a read failure, it will invoke ECC to try and recover from it. If recovery is not possible, the firmware's bad block management feature will retire the block and replace it with one of several free "reserved blocks." "Bad blocks" can be made during read, program, or erase operations and are actively managed to guarantee expected SSD performance.

Ex. G, at 19 (highlighted)


Logical Hierarchical Addressing
Address Format:
MSB
LSB
Group
Parallel Unit
Chunk
Sector
• Each field maps to logical part of architecture
– Flexibility in HW to manage NAND (such as mapping out bad blocks)
– System can implement 2-part wear leveling*
– Overheads significantly lower than conventional SSDs
Group: SSD Channel
Parallel Unit (PU): NAND Die
Chunk: multi-plane block
Sector: 512B or 4k region of NAND page
• Host IO Requirements
– Allocate a fresh a chunk before writing any sectors
– Write sectors within the chunk sequentially
– Some new elements to abstract NAND management, for example, the cache minimum write size
15
* "FlashBlox: Achieving Both Performance Isolation and Uniform Lifetime for Virtualized SSDs" Huang et al, USENIX-FAST 2017

Ex. O, at 15




Figure 1: An example of zone and chunk mapping. With the zone address, the second FBG in the FCG 1 is selected. With the chunk offset, the third stripe in the selected FBG and the third flash page (chip 2) in the stripe are targeted.

Ex. P, at 149

(9) <u>[1h] wherein the circuitry is to identify one of the physical erase units that corresponds to the identified logical erase unit;</u>

99. This claim limitation is met in Samsung's Accused Instrumentalities. See the analysis and evidence cited below.

100. The circuitry in Samsung's Accused Instrumentalities is able to identify a physical erase unit that corresponds to the identified logical erase unit. The circuitry in Samsung's Accused Instrumentalities can detect a failure condition of the physical blocks, map out the bad blocks, and substitute different blocks for the bad ones. To do this, they maintain logical erase unit to physical erase unit mapping information. See below.

## Bad Block Management & Error Correcting Code (ECC)

In addition to maintenance at the drive level, the SSD must also perform maintenance at the chip level. In every NAND cell, each page contains a few extra bytes of extra capacity that the SSD controller uses to store a "parity bit." Error-Correcting Code (ECC) uses this parity bit to compensate for other bits that may fail during normal operation of the drive. When the controller detects a read failure, it will invoke ECC to try and recover from it. If recovery is not possible, the firmware's bad block management feature will retire the block and replace it with one of several free "reserved blocks." "Bad blocks" can be made during read, program, or erase operations and are actively managed to guarantee expected SSD performance.

Ex. G, at 19 (highlighted)

## Logical Hierarchical Addressing

- Each field maps to logical part of architecture
  - Flexibility in HW to manage NAND (such as mapping out bad blocks)
  - System can implement 2-part wear leveling*
  - Overheads significantly lower than conventional SSDs

Address Format:

| MSB | | | LSB |
|---|---|---|---|
| Group | Parallel Unit | Chunk | Sector |

Group: SSD Channel
Parallel Unit (PU): NAND Die
Chunk: multi-plane block
Sector: 512B or 4k region of NAND page

- Host IO Requirements
  - Allocate a fresh a chunk before writing any sectors
  - Write sectors within the chunk sequentially
  - Some new elements to abstract NAND management, for example, the cache minimum write size

15

* "FlashBlox: Achieving Both Performance Isolation and Uniform Lifetime for Virtualized SSDs" Huang et al, USENIX-FAST 2017

Ex. O, at 15




Figure 1: An example of zone and chunk mapping. With the zone address, the second FBG in the FCG 1 is selected. With the chunk offset, the third stripe in the selected FBG and the third flash page (chip 2) in the stripe are targeted.

Ex. P, at 149

(10) <u>[1i] wherein the storage device is to detect a failure condition of the physical erase units and is to remap each logical erase unit which corresponds to one of the physical erase units for which the failure condition is detected to instead correspond to one of the physical erase units for which the failure condition has not been detected and is to utilize the remapped correspondence to service one or more of the incoming data access requests.</u>

101. This claim limitation is met in Samsung's Accused Instrumentalities. See the analysis and evidence cited below.

102. Samsung's Accused Instrumentalities are able to detect a failure condition of the physical blocks, map out the bad blocks, and substitute different blocks for the bad ones. To do this, they maintain logical erase unit to physical erase unit mapping information. See below.

**Bad Block Management & Error Correcting Code (ECC)**

In addition to maintenance at the drive level, the SSD must also perform maintenance at the chip level. In every NAND cell, each page contains a few extra bytes of extra capacity that the SSD controller uses to store a "parity bit." Error-Correcting Code (ECC) uses this parity bit to compensate for other bits that may fail during normal operation of the drive. When the controller detects a read failure, it will invoke ECC to try and recover from it. If recovery is not possible, the firmware's bad block management feature will retire the block and replace it with one of several free "reserved blocks." "Bad blocks" can be made during read, program, or erase operations and are actively managed to guarantee expected SSD performance.

Ex. G, at 19 (highlighted)




Ex. O, at 15

103. After the logical erase unit is remapped to a new physical erase unit, the remapped correspondence (of the logical erase unit to the new physical erase unit) is used to service one or more Write or Read commands ("incoming data access requests").

## F. Technical Compliance with Radian's Proposed Injunction

### 1. Radian's Proposed Injunction Is Narrowly Tailored.

104. I have reviewed the form of the proposed injunction order, which I have attached to my Declaration as Exhibit S. From a technical perspective, I found that the preliminary

injunction that Radian is proposing is reasonably tailored to Samsung's infringement of Radian's patents.

105. The proposed injunction would have Samsung stop making, selling, offering to sell, using, or importing Samsung's Accused Instrumentalities.

106. For SSDs that are in production, the proposed injunction only requires that Samsung modify the drives' firmware to not support ZNS functionality and not provide ZNS-related information. Therefore, Samsung would be able to sell such drives so long as the ZNS functionality was removed from the drives.

107. The proposed injunction does not impose on Samsung any restriction on making and SSDs without software-defined flash functionalities and capabilities. And the injunction also provides Samsung with a mechanism to vet any prospective SSDs that it wishes to make and sell with software-defined flash functionalities and capabilities.

**2. Samsung Could Comply with the Proposed Injunction Without Hardship.**

108. From a technical perspective, it would not be difficult for Samsung to comply with the proposed injunction.

109. For ZNS-capable SSDs that are in the process of being manufactured, Samsung could modify the SSDs' firmware to remove the infringing ZNS capabilities and functionalities, by making the drives unable to accept or respond to ZNS commands, and by making the drives otherwise unable to provide any ZNS-based information.

110. Samsung could then offer to sell and sell the drives with the modified firmware if the proposed injunction were entered.

111. Modifying the firmware would not be unduly difficult for Samsung. The product brief for PM1733 indicates that Samsung can modify firmware for its SSD products for customers, including modifying them to enable ZNS functionality.[10] See below.

**Additional Available Features**

- Fail-In-Place technology: Ensures the SSD operates normally even when errors occur at the chip level.
- Zoned Namespace: PM1733 is capable of supporting ZNS implementations
- FIPS compliance: PM1733 can be FIPS certified to satisfy government requirements.

*Additional features require custom firmware implemention. Details available from your Samsung representative.

112. This means that not only does Samsung have the technical know-how and capability to modify the firmware, but that Samsung already has the necessary mechanisms in place to be able to modify the firmware (e.g., teams, processes, and other resources).

113. Additionally, if the proposed injunction were entered, Samsung would be able to continue selling conventional SSDs (i.e., SSDs that use FTLs) without ZNS capabilities or comparable software-defined flash functionality. Samsung already has many conventional SSD models that it offers for sale, including for datacenter and enterprise applications, on its website.

114. Also, the proposed injunction order gives Samsung ample time to implement a firmware update to change its SSDs to a non-ZNS mode as stated above and to otherwise shift to making and selling its conventional SSDs. Considering that Samsung already has the mechanisms in place to modify SSD firmware, including specifically to enable ZNS, Samsung could readily comply with the proposed injunctions. I am not aware of any reason why Samsung could not comply with the injunction within the proposal's two-month timeframe.

[10] Ex. B, PM1733 Product Brief, at page 2.