**Index of Exhibits for Jones Declaration**

| | |
|---|---|
| Ex. A | SAMSUNG, *Samsung Introduces Its First ZNS SSD With Maximized User Capacity and Enhanced Lifespan*, available at https://semiconductor.samsung.com/news-events/news/samsung-introduces-its-first-zns-ssd-with-maximized-user-capacity-and-enhanced-lifespan/ (last accessed Feb. 25, 2025) |
| Ex. B | SAMSUNG, *Samsung PM1733 NVMe SSD Product Brief*, available at: https://download.semiconductor.samsung.com/resources/brochure/PM1733%20NVMe%20SSD.pdf |
| Ex. C | SAMSUNG, *PM1733/PM1735*, available at: https://semiconductor.samsung.com/us/ssd/enterprise-ssd/pm1733-pm1735/ |
| Ex. D | Jonghyeok Park, *VLDB Lab ZNS Guide Samsung ZNS SSD*, GITHUB, available at: https://github.com/JonghyeokPark/ZNS |
| Ex. E | SAMSUNG, *Samsung Electronics Presents Next-generation Memory Solutions to Settle Challenges in the Big Data Era at FMS 2022*, available at: https://semiconductor.samsung.com/emea/news-events/tech-blog/samsung-electronics-presents-next-generation-memory-solutions-to-settle-challenges-in-the-big-data-era-at-fms-2022/ |
| Ex. F | Patrick Kennedy, *Samsung PB SSD at 128TB for 60PB All-flash Racks*, available at: https://www.servethehome.com/samsung-pb-ssd-at-128tb-for-60pb-all-flash-racks-intel-inspur/ |
| Ex. G | SAMSUNG, *Samsung Solid State Drive White Paper*, available at: https://download.semiconductor.samsung.com/resources/white-paper/Samsung_SSD_White_Paper.pdf |
| Ex. H | Hanyeoreum Bae et al., *What You Can't Forget: Exploiting Parallelism for Zoned Namespaces*, available at: https://www.hotstorage.org/2022/slides/hotstorage22-paper24-presentation_slides.pdf |
| Ex. I | SAMSUNG, *Over-Provisioning Benefits for Samsung Data Center SSDs*, available at: https://download.semiconductor.samsung.com/resources/white-paper/S190311-SAMSUNG-Memory-Over-Provisioning-White-paper_10129514063996.pdf |
| Ex. J | NVM EXPRESS, *Zoned Namespace Command Set Specification*, Revision 1.1d |
| Ex. K | NVM EXPRESS, *NVM Command Set Specification*, Revision 1.1 |
| Ex. L | NVM EXPRESS, *NVM Express Base Specification*, Revision 2.0d |

| | |
|---|---|
| Ex. M | USENIX, *Getting Zoned Storage out of the Friend Zone*, available at: https://www.usenix.org/publications/loginonline/getting-zoned-storage-out-friend-zone |
| Ex. N | SAMSUNG, *Over-provisioning Maximize the Lifetime and Performance of Your SSD with Small Effect to Earn More*, available at: https://download.semiconductor.samsung.com/resources/others/Samsung_SSD_845DC_04_Over-provisioning.pdf |
| Ex. O | MICROSOFT, *Denali the Next Generation High Density Storage Interface*, March 2018 OCP Summit |
| Ex. P | Kyuhwa Han et al., *ZNS+: Advanced Zoned Namespace Interface for Supporting In-Storage Zone Compaction*, 15th USENIX Symposium on Operating Systems Design and Implementation |
| Ex. Q | U.S. Patent No. 11,544,183 |
| Ex. R | U.S. Patent No. 11,347,656 |
| Ex. S | Proposed Order Granting Preliminary Injunction |
| Ex. T | Curriculum Vitae of Dr. Mark Jones |