# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| RADIAN MEMORY SYSTEMS LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    *Defendants*. | Case No. 2:24-cv-01073-JRG<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF KEVIN HARDY

I, Kevin Hardy, declare as follows:

1. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP and counsel to Plaintiff Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung").

2. I am fully familiar with the matters set forth in this declaration and submit this declaration in support of Samsung's Sur-Reply Regarding Radian's Motion for Preliminary Injunction.

3. Attached as **Exhibit H** is a true and correct copy of excerpts from Defendants Samsung Electronics Co., Ltd.'s And Samsung Electronics America, Inc.'s Objections And Responses To Plaintiff Radian Memory Systems LLC's First Set of Interrogatories (Nos. 1-12), dated June 2, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 5, 2025, in Washington, D.C.

                                                      */s/ Kevin Hardy*