IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RADIAN MEMORY SYSTEMS LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:24-CV-01073-JRG |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD. and | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Plaintiff Radian Memory System LLC's Motion for Preliminary Injunction. (Dkt. No. 43.) In the Motion for Preliminary Injunction, Radian Memory System LLC ("Radian") requests an evidentiary hearing on its Motion for Preliminary Injunction. (*Id.* at 1.)

The Court finds that an evidentiary hearing on Radian's Motion for Preliminary Injunction is appropriate.  Accordingly, it is **ORDERED** that an evidentiary hearing on Radian's Motion for a Preliminary Injunction is set for **July 16, 2025, beginning at 12:00 p.m. (noon)** in Courtroom 106 of the **Sam B. Hall Jr. Federal Building and United States Courthouse, 100 East Houston Street, Marshall, Texas 75670**.  The parties shall hereupon meet and confer and file a joint notice with the Court no later than **5:00 p.m. on Monday, July 7, 2025**, setting forth how the parties propose to structure their presentation of evidence and argument.

**So ORDERED and SIGNED this 27th day of June, 2025.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE