IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RADIAN MEMORY SYSTEMS LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-01073-JRG |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

The Court issues this Order *sua sponte*. With regard to the evidentiary hearing on Radian's Motion for a Preliminary Injunction set for July 16, 2025, beginning at 12:00 p.m. (noon) in Courtroom 106 of the Sam B. Hall Jr. Federal Building and United States Courthouse, 100 East Houston Street, Marshall, Texas 75670, it is **ORDERED** that the Parties will have twenty (20) minutes per side for Opening Statements, ninety (90) minutes per side to present evidence and cross-examine opposing witnesses, and twenty (20) minutes per side for Closing Arguments. It is further **ORDERED** that the Parties are permitted to play the pre-recorded testimony, including direct and cross-examination, of Samsung's technical expert, Dr. Swanson; however, they shall advise the Court prior to playing such as to the time thereof attributable to Plaintiff's presentation time and the presentation time attributable to Defendants.

**So ORDERED and SIGNED this 8th day of July, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE