IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RADIAN MEMORY SYSTEMS LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Civil Action No.: 2:24-cv-1073-JRG<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW ITS
MOTION FOR PRELIMINARY INJUNCTION [Dkt. 43]**

███████████████

Plaintiff Radian Memory Systems LLC ("Radian") moves unopposed to withdraw its Motion for Preliminary Injunction (Dkt. 43, "Motion") filed on May 6, 2025. The Court had set an evidentiary hearing on Radian's Motion for July 16, 2025. Radian believes that its Motion is important to it as a patent owner and also raises weighty and important issues relevant to patent law more broadly. Based on the current factual record from new sworn testimony obtained by Radian last night through early this morning (July 9-10, 2025), Radian moves the Court to withdraw Radian's Motion and vacate the evidentiary hearing.

In particular, Radian is relying on this sworn testimony from Samsung's declarant, Dr. Junseok Park, which provided new material information not included in Samsung's previously filed declarations, including the following representations:

- ███████████████████████████████████████
  ███████████████████████████████████████
  ██████████████████████████
- ███████████████████████████████████████
  ███████████████████████████████████████
  ███████████████████████████████████████
  ███████████████████████
- ███████████████████████████████████████
  ███████████████████████████████████
- ███████████████████████████████████████
  ███████████████████████████████████████
  ███████████████████████████████████████
  ██████████████████████

1





███████

▮ ████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████

To reduce disputes and preserve the Court's resources, Radian respectfully requests that the Court order that Radian's Motion be deemed withdrawn and that the evidentiary hearing set for July 16, 2025, be vacated. *See, e.g.*, *Rmail Ltd. v. Amazon.com, Inc. et al.*, 2:10-CV-00258-JRG, Dkt. 793 at 3 (E.D. Tex. May 10, 2019) (granting unopposed motion to withdraw motion to sever and stay claims and ordering that the subject motion to sever and stay claims is "withdrawn"); *Fractus, S.A., v. AT&T Mobility LLC et al.*, 2:18-CV-00135-JRG, Dkt. 252 at 1 (E.D. Tex. April 2, 2019) (granting unopposed motion to withdraw opposition to motion for leave and ordering that the subject opposition to the motion for leave is "withdrawn").

3

Dated: July 10, 2025

Respectfully submitted,

/s/ *Austin Curry*
Bradley W. Caldwell
Texas State Bar No. 24040630
Email: bcaldwell@caldwellcc.com
Jason D. Cassady
Texas State Bar No. 24045625
Email: jcassady@caldwellcc.com
John Austin Curry
Texas State Bar No. 24059636
Email: acurry@caldwellcc.com
Hamad M. Hamad
Texas State Bar No. 24061268
Email: hhamad@caldwellcc.com
**CALDWELL CASSADY & CURRY P.C.**
2121 N Pearl Street, Suite 1200
Dallas, TX 75201
Telephone: (214) 888-4848

Andrea L. Fair
State Bar No. 24078488
**MILLER FAIR HENRY, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF RADIAN MEMORY SYSTEMS LLC**

## CERTIFICATE OF SERVICE

I certify that on July 10, 2025 a true and correct copy of the above and foregoing document was served on counsel of record via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ *Austin Curry*
Austin Curry

4

## CERTIFICATE OF CONFERENCE

I certify that counsel for Radian met and conferred with counsel for Samsung to discuss the substantive relief sought in this Motion pursuant to Local Rule CV-7(h). Counsel for Samsung indicated that it was not opposed to the relief sought in this Motion.

## CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

I certify that that the foregoing document is authorized to be filed under seal pursuant to Local Rule CV-5(a)(7) and the Protective Order submitted in this case.

/s/ *Austin Curry*
Austin Curry