IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RADIAN MEMORY SYSTEMS LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONICS CO., LTD. and § <br> SAMSUNG ELECTRONICS AMERICA, § <br> INC., § <br> § <br> *Defendants*. § | CIVIL ACTION NO. 2:24-CV-01073-JRG |

### ORDER ON PLAINTIFF'S MOTION TO WITHDRAW ITS MOTION FOR PRELIMINARY INJUNCTION AND VACATE THE HEARING SET BEFORE THE COURT

On May 6, 2025, Radian Memory Systems LLC ("Radian") filed its Motion for Preliminary Injunction against Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (together, "Samsung") (collectively with Radian, the "Parties"). (Dkt. No. 43). The Court set the Motion for Preliminary Injunction for an evidentiary hearing and oral argument for July 16, 2025. (Dkt. No. 53.) The Court further solicited input from the Parties as to how best to structure such hearing. (*Id.*) Thereafter, the Court entered an Order specifying the manner and time limits to be observed as a part of such hearing. (Dkt. No. 61.) However, on July 10, 2025, Radian moved, under seal, to withdraw its Motion for Preliminary Injunction and vacate the hearing, per Radian's Unopposed Motion to Withdraw Its Motion for Preliminary Injunction. (Dkt. No. 62.) As a part of such, Radian sets forth several affirmative representations made to it by Samsung which Radian now believes obviate the imminent risk that would support a preliminary injunction. (*See id.* at 1-3.) Radian also says it seeks withdrawal to preserve judicial resources. (*Id.* at 3.) Noting that the Motion to Withdraw is unopposed and relying on Radian's newfound belief that preliminary injunctive relief is no longer warranted or needed, the Court finds that the Motion to Withdraw should be granted.

Accordingly, it is **ORDERED** that the Motion to Withdraw (Dkt. No. 62) is **GRANTED**. Consistent therewith, it is **ORDERED** that Radian's Motion for Preliminary Injunction (Dkt. No. 43) is **WITHDRAWN**. It is further **ORDERED** that the Order (Dkt. No. 53) setting an evidentiary hearing on the Motion for Preliminary Injunction is **VACATED**. Accordingly, the July 16, 2025 hearing is **CANCELED**.

**So ORDERED and SIGNED this 11th day of July, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE