IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RADIAN MEMORY SYSTEMS LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Civil Action No.: 2:24-cv-1073-JRG<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION FOR ENTRY OF E-DISCOVERY ORDER

Plaintiff Radian Memory Systems LLC ("Radian") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung") (collectively, the "Parties") respectfully move for the entry of an e-Discovery Order in this case. The Parties have conferred for several months and resolved all remaining disputes on the terms of the e-Discovery Order. Accordingly, the Parties respectfully request that the Court enter the attached e-Discovery Order in this matter.

1

| | |
|---|---|
| Dated: September 2, 2025 | Respectfully submitted, |
| */s/ Hamad M. Hamad* | */s/ Kevin Hardy* |

Bradley W. Caldwell
Texas State Bar No. 24040630
Email: bcaldwell@caldwellcc.com
Jason D. Cassady
Texas State Bar No. 24045625
Email: jcassady@caldwellcc.com
John Austin Curry
Texas State Bar No. 24059636
Email: acurry@caldwellcc.com
Hamad M. Hamad
Texas State Bar No. 24061268
Email: hhamad@caldwellcc.com
Andrew T. Langford
Texas Bar No. 24087886
Email: alangford@caldwellcc.com
Adrienne R. Dellinger
Texas Bar No. 24116275
Email: adellinger@caldwellcc.com
Alexander J. Gras
Texas Bar No. 24125252
Email: agras@caldwellcc.com
**CALDWELL CASSADY & CURRY P.C.**
2121 N Pearl Street, Suite 1200
Dallas, TX 75201
Telephone: (214) 888-4848

Andrea L. Fair
State Bar No. 24078488
**MILLER FAIR HENRY, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF RADIAN MEMORY SYSTEMS LLC**

Melissa R. Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Phone: (903) 934-8450
Fax: (903) 934-9257

Sean Pak
California Bar No. 219032 (admitted pro hac vice)
seanpak@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700

Kevin Hardy
D.C. Bar No. 473941 (admitted in E.D. Tex.)
kevinhardy@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street, N.W., Suite 900
Washington, DC 20005
Tel: (202) 538-8000
Fax: (202) 538-8100

Lance Yang
California Bar No. 260705 (admitted in E.D. Tex.)
lanceyang@quinnemanuel.com
Arian Koochesfahani
California Bar No. 344642 (admitted pro hac vice)
ariankoochesfahani@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

**COUNSEL FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on September 2, 2025. Local Rule CV-5(a)(3)(A).

/s/ *Hamad M. Hamad*
Hamad M. Hamad

**CERTIFICATE OF CONFERENCE**

I certify that counsel for Radian met and conferred with counsel for Samsung to discuss the substantive relief sought in this Motion pursuant to Local Rule CV-7(h). Counsel for Samsung indicated that it is opposed to the relief sought in this Motion.

/s/ *Hamad M. Hamad*
Hamad M. Hamad