# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| RADIAN MEMORY SYSTEMS LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. & SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    *Defendants.* | Case No. 2:24-cv-01073-JRG<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF RADIAN MEMORY SYSTEMS LLC'S OPPOSED MOTION TO EXPEDITE BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO AMEND DOCKET CONTROL ORDER

Plaintiff Radian Memory Systems LLC ("Radian" or "Plaintiff") respectfully moves for entry of an expedited briefing schedule on Plaintiff's Motion to Amend the Docket Control Order ("Motion to Amend DCO") and shows the Court as follows:

Radian seeks expedited briefing because the relief requested in its Motion to Amend DCO directly impacts imminent deadlines, beginning with the parties' P.R. 4-1 exchange of proposed claim terms on October 23, 2025, which is just three weeks away. *See* Dkt. 32. Absent expedited consideration, the parties and the Court will end up spending resources on claim construction during the time that Radian's Motion to Amend DCO is pending and all while the Motion to Dismiss (Dkt. 68) could eliminate the need for such efforts entirely.

The purpose of Radian's Motion to Amend DCO is to conserve resources during the pendency of the Motion to Dismiss. Prompt briefing is therefore essential so that the Court can evaluate that request before resources are spent on efforts when a grant of the Motion to Dismiss would otherwise dispose of the case in its entirety.

1

Accordingly, Radian requests that Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung" or "Defendants") be ordered to file their response to the Motion to Amend DCO within seven days of its filing (by October 8, 2025), and that Radian be permitted to file its reply within three days thereafter (by October 13, 2025). This modestly expedited schedule will ensure the Court has the opportunity to address the Motion on the merits before the claim construction process begins, thereby promoting efficiency in the resolution of these motions and the case.

| | |
|---|---|
| DATED: October 1, 2025 | Respectfully submitted,<br><br>*/s/ Hamad M. Hamad*<br>Jason D. Cassady<br>Texas State Bar No. 24045625<br>Email: jcassady@caldwellcc.com<br>Bradley W. Caldwell<br>Texas State Bar No. 24040630<br>Email: bcaldwell@caldwellcc.com<br>John Austin Curry<br>Texas State Bar No. 24059636<br>acurry@caldwellcc.com<br>Hamad M. Hamad<br>Texas State Bar No. 24061268<br>Email: hhamad@caldwellcc.com<br>Andrew T. Langford<br>Texas State Bar No. 24087886<br>Email: alangford@caldwellcc.com<br>Adrienne R. Dellinger<br>Texas Bar No. 24116275<br>Email: adellinger@caldwellcc.com<br>Alexander J. Gras<br>Texas Bar No. 24125252<br>Email: agras@caldwellcc.com<br>**CALDWELL CASSADY & CURRY P.C.**<br>2121 N Pearl Street, Suite 1200<br>Dallas, TX 75201<br>Telephone: (214) 888-4848<br><br>Andrea L. Fair<br>Texas Bar No. 24078488<br>Email: andrea@millerfairhenry.com<br>**MILLER FAIR HENRY, PLLC**<br>1507 Bill Owens Parkway<br>Longview, Texas 75604<br>Telephone: (903) 757-6400<br>Facsimile: (903) 757-2323<br><br>*Attorneys for Radian Memory Systems LLC* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 1, 2025, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system.

*/s/Hamad M. Hamad*
Hamad M. Hamad

**CERTIFICATE OF CONFERENCE**

      The undersigned hereby certifies that counsel has complied with the meet and confer requirements of Local Rule CV-7(h).  Counsel for both parties conferred via telephone on September 25, 2025, and Samsung informed Radian that it opposed on September 29, 2025.

*/s/Hamad M. Hamad*
Hamad M. Hamad
