IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RADIAN MEMORY SYSTEMS LLC, *Radian*, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC. <br><br> *Defendants*. | Civil Action No. 2:24-cv-1073 <br><br> JURY TRIAL DEMANDED |

### SAMSUNG'S OPPOSITION TO RADIAN'S MOTION TO EXPEDITE BRIEFING

The Court should deny Radian's motion to expedite briefing, Dkt. 73, on Radian's motion to amend the Docket Control Order, Dkt. 72, for at least four reasons.

*First*, there is no urgency here. Radian seeks to compress certain upcoming deadlines to effectively stay this litigation until its motion to dismiss is adjudicated. But this is not a pressing situation that affords good cause for expedition. Parties routinely litigate under the shadow of a pending dispositive motion.

*Second*, adhering to the default briefing schedule would not moot Radian's requested relief. The only upcoming deadline is the deadline to exchange proposed claim terms on October 23. But Radian has given no indication that it intends to identify any terms for construction as opposed to argue for the plain meaning for all claim terms, or that exchanging terms on October 23 would be

1

prejudicial. Accordingly, under the default schedule, the worst that could happen in the absence of expedition is very little. The next deadline is November 13.

As far as the Court's ability to rule *before* October 23 goes, Radian's proposed briefing schedule gives the Court a mere two additional days compared to the default briefing schedule. By default, Samsung's opposition is due October 15, 2024. Replies and sur-replies are optional—"[t]he court need not wait" for them to rule. Local Rule CV-7(f). Accordingly, the Court will have five business days to rule on Radian's relatively simple motion before the October 23 deadline arrives. Radian's proposed briefing schedule, by contrast, gives the Court seven business days instead of five. This is not a difference that justifies expedition.

*Third*, Radian's proposed briefing schedule is blatantly prejudicial. Radian gives itself a reply brief but omits any sur-reply for Samsung, even though Local Rule CV-7 puts these briefs on equal footing. Basic fairness dictates that if Radian receives three days to file a reply, Samsung should receive three days to file a sur-reply.

*Fourth*, any urgency here is of Radian's own making. Radian could have presented these scheduling issues to Samsung at least as early as September 5, 2025, when Radian raised the prospect of a motion to dismiss. Instead, Radian delayed for weeks. There is no basis to punish Samsung to make up for Radian's own delay.

Samsung respectfully requests that the Court deny Radian's motion to expedite.

| | | |
|---|---|---|
| Dated: October 2, 2025 | By: | */s/ Lance Yang* |

                                                  Melissa R. Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670

Phone: (903) 934-8450
Fax: (903) 934-9257

Sean Pak
California Bar No. 219032 (admitted *pro hac vice*)
seanpak@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700

Kevin Hardy
D.C. Bar No. 473941 (admitted in E.D. Tex.)
kevinhardy@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street, N.W., Suite 900
Washington, DC 20005
Tel: (202) 538-8000
Fax: (202) 538-8100

Lance Yang
California Bar No. 260705 (admitted in E.D. Tex.)
lanceyang@quinnemanuel.com
Arian Koochesfahani
California Bar No. 344642 (admitted *pro hac vice*)
ariankoochesfahani@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

*Counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

**CERTIFICATE OF SERVICE**

      Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on October 2, 2025, all counsel of record who have appeared in this action are being served with a copy of the foregoing via the Court's CM/ECF system and via electronic mail on the date this document is filed.

Dated: October 2, 2025                  */s/ Melissa R. Smith*
                                               Melissa R. Smith