IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RADIAN MEMORY SYSTEMS LLC,<br><br>　　*Plaintiff,*<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. & SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>　　*Defendants.* | Case No. 2:24-cv-01073-JRG<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF HAMAD HAMAD

I, Hamad Hamad, hereby declare as follows:

1. I am an attorney at the law firm of Caldwell Cassady Curry P.C. in Dallas, Texas. I am admitted to practice in the State of Texas and the Eastern District of Texas. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could and would competently testify to the truth of each statement herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of the July 7, 2025 article entitled "Back to 1789: How Founding-Era Equity Could Resurrect NPE Injunctions" by Dennis Crouch.

3. Attached hereto as **Exhibit B** is a true and correct copy of the June 25, 2025 article entitled "U.S. Government: NPEs Deserve Injunctive Relief when their Patents Are Infringed" by Dennis Crouch.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 1, 2025　　　　　　　*/s/ Hamad Hamad*
　　　　　　　　　　　　　　　　　　　　Hamad Hamad