# Declaration of

# Shival Virmani

# Redacted in its Entirety