# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| RADIAN MEMORY SYSTEMS LLC, *Plaintiff*, v. SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC., *Defendants*. | Case No.: 2:24-CV-001073-JRG |

## ORDER

Before the Court is Radian's Motion to Amend Docket Control Order. After consideration of the same, the Court is of the opinion that the Motion should be and is hereby **DENIED**.