**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| RADIAN MEMORY SYSTEMS LLC, | |
| *Plaintiff,* | Case No. 2:24-cv-01073-JRG |
| v. | **JURY TRIAL DEMANDED** |
| SAMSUNG ELECTRONICS CO., LTD. & SAMSUNG ELECTRONICS AMERICA, INC., | |
| *Defendants.* | |

## JOINT STATUS REPORT

Pursuant to the Court's October 10, 2025 Telephonic Status Conference (Dkt. 80), Plaintiff Radian Memory Systems LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., file this Joint Status Report as ordered by the Court. The parties have been diligently meeting and conferring over the past three weeks and are pleased to report that they have made significant progress towards an agreement that would resolve the parties' dispute and moot the pending motions before the Court. In light of the parties' significant progress, the parties respectfully request an additional 3 business days to Wednesday, November 5, 2025, to finalize an agreement in principle, before the Court rules on the pending motion to dismiss (Dkt. 68).

DATED: October 31, 2025

Respectfully submitted,

/s/ Jason D. Cassady
Jason D. Cassady
Texas State Bar No. 24045625
Email: jcassady@caldwellcc.com
Bradley W. Caldwell
Texas State Bar No. 24040630
Email: bcaldwell@caldwellcc.com
John Austin Curry
Texas State Bar No. 24059636
acurry@caldwellcc.com
Hamad M. Hamad
Texas State Bar No. 24061268
Email: hhamad@caldwellcc.com
Andrew T. Langford
Texas State Bar No. 24087886
Email: alangford@caldwellcc.com
Adrienne R. Dellinger
Texas Bar No. 24116275
Email: adellinger@caldwellcc.com
Alexander J. Gras
Texas Bar No. 24125252
Email: agras@caldwellcc.com
**CALDWELL CASSADY & CURRY P.C.**
2121 N Pearl Street, Suite 1200
Dallas, TX 75201
Telephone: (214) 888-4848

Andrea L. Fair
Texas Bar No. 24078488
Email: andrea@millerfairhenry.com
**MILLER FAIR HENRY, PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

*Attorneys for Radian Memory Systems LLC*

/s/ Kevin Hardy
Melissa R. Smith
Texas State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

Sean Pak
California Bar No. 219032 (admitted *pro hac vice*)
seanpak@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: 415-875-6600
Fax: 415-875-6700

Kevin Hardy
D.C. Bar No. 473941 (admitted in E.D. Tex.)
kevinhardy@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street, N.W., Suite 900
Washington, DC 20005
Tel: 202.538.8000
Fax: 202.538.8100

Lance Yang
California Bar No. 260705 (admitted in E.D. Tex.)
lanceyang@quinnemanuel.com
Arian Koochesfahani
California Bar No. 344642 (admitted pro hac vice)
ariankoochesfahani@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

*Counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on October 31, 2025, a true and correct copy of the above and foregoing document was served on counsel of record via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Jason D. Cassady
Jason D. Cassady

**CERTIFICATE OF CONFERENCE**

I certify that counsel for Radian met and conferred with counsel for Samsung to discuss the substantive relief sought in this Motion pursuant to Local Rule CV-7(h).  The Parties are jointly seeking the relief sought in this Motion.

/s/ Jason D. Cassady
Jason D. Cassady