# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| RADIAN MEMORY SYSTEMS LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. & SAMSUNG ELECTRONICS AMERICA, INC., <br><br> *Defendants.* | Case No. 2:24-cv-01073-JRG <br><br> **JURY TRIAL DEMANDED** |

## JOINT STATUS REPORT

Pursuant to the Court's October 10, 2025 Telephonic Status Conference (Dkt. 80), Plaintiff Radian Memory Systems LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., file this Joint Status Report. The parties have been diligently meeting and conferring over the past three weeks and are pleased to report that they have come to an agreement in principle to resolve this case. An appropriate Joint Motion to Stay All Deadlines and Notice of Settlement is being concurrently filed herewith.

| | |
|---|---|
| DATED: November 5, 2025 | Respectfully submitted, |
| /s/ Jason D. Cassady | /s/ Kevin Hardy |
| Jason D. Cassady | Melissa R. Smith |
| Texas State Bar No. 24045625 | Texas State Bar No. 24001351 |
| Email: jcassady@caldwellcc.com | **GILLAM & SMITH, LLP** |
| Bradley W. Caldwell | 303 South Washington Avenue |
| Texas State Bar No. 24040630 | Marshall, Texas 75670 |
| Email: bcaldwell@caldwellcc.com | Telephone: (903) 934-8450 |
| John Austin Curry | Facsimile: (903) 934-9257 |
| Texas State Bar No. 24059636 | melissa@gillamsmithlaw.com |
| acurry@caldwellcc.com | |
| Hamad M. Hamad | Sean Pak |
| Texas State Bar No. 24061268 | California Bar No. 219032 (admitted *pro hac vice*) |
| Email: hhamad@caldwellcc.com | seanpak@quinnemanuel.com |
| Andrew T. Langford | **QUINN EMANUEL URQUHART &** |
| Texas State Bar No. 24087886 | **SULLIVAN, LLP** |
| Email: alangford@caldwellcc.com | 50 California Street, 22nd Floor |
| Adrienne R. Dellinger | San Francisco, CA 94111 |
| Texas Bar No. 24116275 | Tel: 415-875-6600 |
| Email: adellinger@caldwellcc.com | Fax: 415-875-6700 |
| Alexander J. Gras | |
| Texas Bar No. 24125252 | Kevin Hardy |
| Email: agras@caldwellcc.com | D.C. Bar No. 473941 (admitted in E.D. Tex.) |
| **CALDWELL CASSADY & CURRY P.C.** | kevinhardy@quinnemanuel.com |
| 2121 N Pearl Street, Suite 1200 | **QUINN EMANUEL URQUHART &** |
| Dallas, TX 75201 | **SULLIVAN, LLP** |
| Telephone: (214) 888-4848 | 1300 I Street, N.W., Suite 900 |
| | Washington, DC 20005 |
| Andrea L. Fair | Tel: 202.538.8000 |
| Texas Bar No. 24078488 | Fax: 202.538.8100 |
| Email: andrea@millerfairhenry.com | |
| **MILLER FAIR HENRY, PLLC** | Lance Yang |
| 1507 Bill Owens Parkway | California Bar No. 260705 (admitted in E.D. Tex.) |
| Longview, Texas 75604 | lanceyang@quinnemanuel.com |
| Telephone: (903) 757-6400 | Arian Koochesfahani |
| Facsimile: (903) 757-2323 | California Bar No. 344642 (admitted pro hac vice) |
| | ariankoochesfahani@quinnemanuel.com |
| *Attorneys for Radian Memory Systems LLC* | **QUINN EMANUEL URQUHART &** |
| | **SULLIVAN, LLP** |
| | 865 South Figueroa Street, 10th Floor |
| | Los Angeles, CA 90017 |
| | Tel: (213) 443-3000 |
| | Fax: (213) 443-3100 |
| | |
| | *Counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.* |

2

**CERTIFICATE OF SERVICE**

I certify that on November 5, 2025, a true and correct copy of the above and foregoing document was served on counsel of record via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ *Jason D. Cassady*
Jason D. Cassady

**CERTIFICATE OF CONFERENCE**

I certify that counsel for Radian met and conferred with counsel for Samsung to discuss the substantive relief sought in this Motion pursuant to Local Rule CV-7(h). The Parties are jointly seeking the relief sought in this Motion.

/s/ *Jason D. Cassady*
Jason D. Cassady