# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| RADIAN MEMORY SYSTEMS LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. & SAMSUNG ELECTRONICS AMERICA, INC., <br><br> *Defendants*. | Case No. 2:24-cv-01073-JRG <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Radian Memory Systems LLC ("Radian" or "Plaintiff") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung" or "Defendants") (collectively, "the Parties"), hereby file this Joint Motion pursuant to the Court's Standing Order Regarding Proper Notification of Settlement to the Court. All matters in controversy between the Parties have been settled in principle. Therefore, the Parties request that the Court stay all unreached deadlines contained in the Court's Docket Control Order (Dkt. 32) for thirty (30) days so that the Parties may formalize their settlement and file dismissal papers with the Court.

Accordingly, the Parties respectfully request that the Court grant this Joint Motion and enter the order attached hereto.

| | |
|---|---|
| DATED: November 5, 2025 | Respectfully submitted, |
| /s/ Jason D. Cassady<br>Jason D. Cassady<br>Texas State Bar No. 24045625<br>Email: jcassady@caldwellcc.com<br>Bradley W. Caldwell<br>Texas State Bar No. 24040630<br>Email: bcaldwell@caldwellcc.com<br>John Austin Curry<br>Texas State Bar No. 24059636<br>acurry@caldwellcc.com<br>Hamad M. Hamad<br>Texas State Bar No. 24061268<br>Email: hhamad@caldwellcc.com<br>Andrew T. Langford<br>Texas State Bar No. 24087886<br>Email: alangford@caldwellcc.com<br>Adrienne R. Dellinger<br>Texas Bar No. 24116275<br>Email: adellinger@caldwellcc.com<br>Alexander J. Gras<br>Texas Bar No. 24125252<br>Email: agras@caldwellcc.com<br>**CALDWELL CASSADY & CURRY P.C.**<br>2121 N Pearl Street, Suite 1200<br>Dallas, TX 75201<br>Telephone: (214) 888-4848<br><br>Andrea L. Fair<br>Texas Bar No. 24078488<br>Email: andrea@millerfairhenry.com<br>**MILLER FAIR HENRY, PLLC**<br>1507 Bill Owens Parkway<br>Longview, Texas 75604<br>Telephone: (903) 757-6400<br>Facsimile: (903) 757-2323<br><br>*Attorneys for Radian Memory Systems LLC* | /s/ Kevin Hardy<br>Melissa R. Smith<br>Texas State Bar No. 24001351<br>**GILLAM & SMITH, LLP**<br>303 South Washington Avenue<br>Marshall, Texas 75670<br>Telephone: (903) 934-8450<br>Facsimile: (903) 934-9257<br>melissa@gillamsmithlaw.com<br><br>Sean Pak<br>California Bar No. 219032 (admitted *pro hac vice*)<br>seanpak@quinnemanuel.com<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Tel: 415-875-6600<br>Fax: 415-875-6700<br><br>Kevin Hardy<br>D.C. Bar No. 473941 (admitted in E.D. Tex.)<br>kevinhardy@quinnemanuel.com<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>1300 I Street, N.W., Suite 900<br>Washington, DC 20005<br>Tel: 202.538.8000<br>Fax: 202.538.8100<br><br>Lance Yang<br>California Bar No. 260705 (admitted in E.D. Tex.)<br>lanceyang@quinnemanuel.com<br>Arian Koochesfahani<br>California Bar No. 344642 (admitted pro hac vice)<br>ariankoochesfahani@quinnemanuel.com<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 443-3000<br>Fax: (213) 443-3100<br><br>*Counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.* |

## CERTIFICATE OF SERVICE

I certify that on November 5, 2025, a true and correct copy of the above and foregoing document was served on counsel of record via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Jason D. Cassady
Jason D. Cassady

## CERTIFICATE OF CONFERENCE

I certify that counsel for Radian met and conferred with counsel for Samsung to discuss the substantive relief sought in this Motion pursuant to Local Rule CV-7(h).  The Parties are jointly seeking the relief sought in this Motion.

/s/ Jason D. Cassady
Jason D. Cassady