IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RADIAN MEMORY SYSTEMS LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. & SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants.* | Case No. 2:24-cv-01073-JRG<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES**

Before the Court is Radian Memory Systems LLC's and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s Joint Motion to Stay (the "Motion") in which they notify the Court that all matters in controversy between the Parties have been settled in principle. Based on the Motion and the grounds set forth therein, the Court finds that the Motion is well-taken and is hereby **GRANTED**.

It is, therefore, **ORDERED** that all proceedings and deadlines in this case be stayed for thirty (30) days.

1