IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RADIAN MEMORY SYSTEMS LLC, § <br>     *Plaintiff*, § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONICS CO., LTD. & § <br> SAMSUNG ELECTRONICS AMERICA, § <br> INC., § <br> § <br>     *Defendants*. § | CIVIL ACTION NO. 2:24-CV-01073-JRG |

### ORDER

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement (the "Motion") filed by Plaintiff Radian Memory Systems LLC ("Plaintiff") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Defendants") (collectively, the "Parties"). (Dkt. No. 86). In the Motion, the Parties represent that they have reached a settlement in principle. (*Id.* at 1). The Parties request that the Court stay all case deadlines for thirty days so that the Parties can submit appropriate dismissal papers. (*Id.*).

Having considered the Motion, and noting it is jointly filed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in the above-captioned case are **STAYED** for thirty (30) days, during which time appropriate dismissal papers are to be filed with the Court.

So Ordered this

Nov 10, 2025

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE