# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| RADIAN MEMORY SYSTEMS LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. &<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.,<br><br>*Defendants.* | Case No. 2:24-cv-01073-JRG<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO EXTEND STAY OF ALL DEADLINES

Plaintiff Radian Memory Systems LLC ("Radian") and Defendants Samsung Electronics Co., Ltd. & Samsung Electronics America, Inc.("Samsung") (collectively the "Parties"), by and through their undersigned counsel, hereby file this Joint Motion to Extend Stay of All Deadlines to respectfully ask that the Court extend the stay it entered, Dkt. 87, through Friday, December 19, 2025. The Parties are continuing to work towards formalizing their agreement between them and request this brief extension to ensure that the agreement can be formalized and dismissal papers timely filed with the Court.

Accordingly, the Parties respectfully request that the Court grant this Joint Motion and enter the order attached hereto.

| | |
|---|---|
| DATED: December 11, 2025 | Respectfully submitted, |
| | |
| */s/ Jason D. Cassady* | */s/ Kevin Hardy* |
| Jason D. Cassady | Melissa R. Smith |
| Texas State Bar No. 24045625 | Texas State Bar No. 24001351 |
| Email: jcassady@caldwellcc.com | **GILLAM & SMITH, LLP** |
| Bradley W. Caldwell | 303 South Washington Avenue |
| Texas State Bar No. 24040630 | Marshall, Texas 75670 |
| Email: bcaldwell@caldwellcc.com | Telephone: (903) 934-8450 |
| John Austin Curry | Facsimile: (903) 934-9257 |
| Texas State Bar No. 24059636 | melissa@gillamsmithlaw.com |
| acurry@caldwellcc.com | |
| Hamad M. Hamad | Sean Pak |
| Texas State Bar No. 24061268 | California Bar No. 219032 (admitted *pro hac vice*) |
| Email: hhamad@caldwellcc.com | seanpak@quinnemanuel.com |
| Andrew T. Langford | **QUINN EMANUEL URQUHART &** |
| Texas State Bar No. 24087886 | **SULLIVAN, LLP** |
| Email: alangford@caldwellcc.com | 50 California Street, 22nd Floor |
| Adrienne R. Dellinger | San Francisco, CA 94111 |
| Texas Bar No. 24116275 | Tel: 415-875-6600 |
| Email: adellinger@caldwellcc.com | Fax: 415-875-6700 |
| Alexander J. Gras | |
| Texas Bar No. 24125252 | Kevin Hardy |
| Email: agras@caldwellcc.com | D.C. Bar No. 473941 (admitted in E.D. Tex.) |
| **CALDWELL CASSADY & CURRY P.C.** | kevinhardy@quinnemanuel.com |
| 2121 N Pearl Street, Suite 1200 | **QUINN EMANUEL URQUHART &** |
| Dallas, TX 75201 | **SULLIVAN, LLP** |
| Telephone: (214) 888-4848 | 1300 I Street, N.W., Suite 900 |
| | Washington, DC 20005 |
| Andrea L. Fair | Tel: 202.538.8000 |
| Texas Bar No. 24078488 | Fax: 202.538.8100 |
| Email: andrea@millerfairhenry.com | |
| **MILLER FAIR HENRY, PLLC** | Lance Yang |
| 1507 Bill Owens Parkway | California Bar No. 260705 (admitted in E.D. Tex.) |
| Longview, Texas 75604 | lanceyang@quinnemanuel.com |
| Telephone: (903) 757-6400 | Arian Koochesfahani |
| Facsimile: (903) 757-2323 | California Bar No. 344642 (admitted pro hac vice) |
| | ariankoochesfahani@quinnemanuel.com |
| *Attorneys for Radian Memory Systems LLC* | **QUINN EMANUEL URQUHART &** |
| | **SULLIVAN, LLP** |
| | 865 South Figueroa Street, 10th Floor |
| | Los Angeles, CA 90017 |
| | Tel: (213) 443-3000 |
| | Fax: (213) 443-3100 |
| | |
| | *Counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.* |

## CERTIFICATE OF SERVICE

I certify that on December 11, 2025, a true and correct copy of the above and foregoing document was served on counsel of record via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Jason D. Cassady
Jason D. Cassady

## CERTIFICATE OF CONFERENCE

I certify that counsel for Radian met and conferred with counsel for Samsung to discuss the substantive relief sought in this Motion pursuant to Local Rule CV-7(h). The Parties are jointly seeking the relief sought in this Motion.

/s/ Jason D. Cassady
Jason D. Cassady