## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| RADIAN MEMORY SYSTEMS LLC, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:24-CV-01073-JRG |
| SAMSUNG ELECTRONICS CO., LTD. & | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., | § | |
| *Defendants*. | § | |

### ORDER

Before the Court is the Joint Motion to Extend Stay of All Deadlines (the "Motion") filed by Plaintiff Radian Memory Systems LLC ("Plaintiff") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Defendants") (collectively, the "Parties"). (Dkt. No. 88). In the Motion, the Parties request that the Court extend the stay of all case deadlines so that the Parties can submit appropriate dismissal papers. (*Id*.).

Having considered the Motion, and noting it is jointly filed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in the above-captioned case are **extended** up to and including **December 19, 2025**, during which time appropriate dismissal papers are to be filed with the Court.

So ORDERED and SIGNED this 15th day of December, 2025.

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE