**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| RADIAN MEMORY SYSTEMS LLC,<br><br>     *Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.,<br><br>     *Defendants*. | Civil Action No.: 2:24-CV-01073-JRG<br><br>**JURY TRIAL DEMANDED** |

**SAMSUNG'S UNOPPOSED MOTION TO WITHDRAW SAMSUNG'S
OPPOSITION TO RADIAN'S MOTION TO DISMISS (DKT. NO. 70)**

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung") file this Unopposed Motion to Withdraw Samsung's Opposition to Radian's Motion to Dismiss (Dkt. No. 70) and would show the Court as follows:

On September 25, 2025, Samsung filed their Opposition to Radian's Motion to Dismiss (Dkt. No. 70). Since the briefing completed on Plaintiff Radian Memory Systems LLC's ("Radian") Opposed Motion to Dismiss (Dkt. No. 68), the parties resolved their disputes and filed their Joint Motion to Stay All Deadlines and Notice of Settlement. To facilitate the settlement of this matter, Samsung has agreed to withdraw Samsung's Opposition to Radian's Motion to Dismiss (Dkt. No. 70). Therefore, Samsung respectfully requests that the Court withdraw Samsung's Opposition to Radian's Motion to Dismiss (Dkt. No. 70) from the Court's record.

Counsel for Samsung met and conferred with counsel for Radian to discuss the substantive relief sought in this Motion in accordance with Local Rule CV-7(h), and counsel for Radian indicated that Radian is unopposed to this Motion.

Accordingly, Samsung respectfully requests that the Court grant this Unopposed

1

Motion and enter an order withdrawing Samsung's Opposition to Radian's Motion to Dismiss (Dkt. No. 70) from the Court's record.

Dated: December 18, 2025        By:          /s/ Melissa R. Smith

Melissa R. Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Phone: (903) 934-8450
Fax: (903) 934-9257

Sean Pak
California Bar No. 219032 (admitted *pro hac vice*)
seanpak@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700

Kevin Hardy
D.C. Bar No. 473941 (admitted in E.D. Tex.)
kevinhardy@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
1300 I Street, N.W., Suite 900
Washington, DC 20005
Tel: (202) 538-8000
Fax: (202) 538-8100

Lance Yang
California Bar No. 260705 (admitted in E.D. Tex.)
lanceyang@quinnemanuel.com
Arian Koochesfahani
California Bar No. 344642 (admitted *pro hac vice*)
ariankoochesfahani@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000

2

Fax: (213) 443-3100

*Counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Samsung met and conferred with counsel for Radian to discuss the substantive relief sought in this Motion in accordance with Local Rule CV-7(h).  Counsel for Radian indicated that Radian is unopposed to the relief sought herein.

*/s/ Melissa R. Smith*
_____
Melissa R. Smith

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on December 18, 2025, all counsel of record who have appeared in this action are being served with a copy of the foregoing via the Court's CM/ECF system and via electronic mail on the date this document is filed.

*/s/ Melissa R. Smith*
_____
Melissa R. Smith