IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RADIAN MEMORY SYSTEMS LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. & SAMSUNG ELECTRONICS AMERICA, INC., <br><br> *Defendants.* | Case No. 2:24-cv-01073-JRG <br><br> **JURY TRIAL DEMANDED** |

**JOINT STIPULATION AND MOTION TO DISMISS ALL CLAIMS AND DEFENSES**

Plaintiff Radian Memory Systems LLC ("Radian") and Defendants Samsung Electronics Co., Ltd. & Samsung Electronics America, Inc. ("Samsung") (collectively the "Parties"), by and through their undersigned counsel, respectfully submit this Joint Stipulation and Motion to Dismiss pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Concurrently herewith, Samsung has moved to withdraw its Opposition to Radian's Motion to Dismiss (Dkt. 70). Accordingly, the Parties respectfully request that the Court dismiss all pending claims **without prejudice**, with each party to bear its own fees and costs.

| | |
|---|---|
| DATED: December 18, 2025 | Respectfully submitted, |

| | |
|---|---|
| */s/ Jason D. Cassady* | */s/ Kevin Hardy* |
| Jason D. Cassady | Melissa R. Smith |
| Texas State Bar No. 24045625 | Texas State Bar No. 24001351 |
| Email: jcassady@caldwellcc.com | **GILLAM & SMITH, LLP** |
| Bradley W. Caldwell | 303 South Washington Avenue |
| Texas State Bar No. 24040630 | Marshall, Texas 75670 |
| Email: bcaldwell@caldwellcc.com | Telephone: (903) 934-8450 |
| John Austin Curry | Facsimile: (903) 934-9257 |
| Texas State Bar No. 24059636 | melissa@gillamsmithlaw.com |
| acurry@caldwellcc.com | |
| Hamad M. Hamad | Sean Pak |
| Texas State Bar No. 24061268 | California Bar No. 219032 (admitted *pro hac vice*) |
| Email: hhamad@caldwellcc.com | seanpak@quinnemanuel.com |
| Andrew T. Langford | **QUINN EMANUEL URQUHART &** |
| Texas State Bar No. 24087886 | **SULLIVAN, LLP** |
| Email: alangford@caldwellcc.com | 50 California Street, 22nd Floor |
| Adrienne R. Dellinger | San Francisco, CA 94111 |
| Texas Bar No. 24116275 | Tel: 415-875-6600 |
| Email: adellinger@caldwellcc.com | Fax: 415-875-6700 |
| Alexander J. Gras | |
| Texas Bar No. 24125252 | Kevin Hardy |
| Email: agras@caldwellcc.com | D.C. Bar No. 473941 (admitted in E.D. Tex.) |
| **CALDWELL CASSADY & CURRY P.C.** | kevinhardy@quinnemanuel.com |
| 2121 N Pearl Street, Suite 1200 | **QUINN EMANUEL URQUHART &** |
| Dallas, TX 75201 | **SULLIVAN, LLP** |
| Telephone: (214) 888-4848 | 1300 I Street, N.W., Suite 900 |
| | Washington, DC 20005 |
| Andrea L. Fair | Tel: 202.538.8000 |
| Texas Bar No. 24078488 | Fax: 202.538.8100 |
| Email: andrea@millerfairhenry.com | |
| **MILLER FAIR HENRY, PLLC** | Lance Yang |
| 1507 Bill Owens Parkway | California Bar No. 260705 (admitted in E.D. Tex.) |
| Longview, Texas 75604 | lanceyang@quinnemanuel.com |
| Telephone: (903) 757-6400 | Arian Koochesfahani |
| Facsimile: (903) 757-2323 | California Bar No. 344642 (admitted pro hac vice) |
| | ariankoochesfahani@quinnemanuel.com |
| *Attorneys for Radian Memory Systems LLC* | **QUINN EMANUEL URQUHART &** |
| | **SULLIVAN, LLP** |
| | 865 South Figueroa Street, 10th Floor |
| | Los Angeles, CA 90017 |
| | Tel: (213) 443-3000 |
| | Fax: (213) 443-3100 |
| | |
| | *Counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.* |

**CERTIFICATE OF SERVICE**

I certify that on December 18, 2025, a true and correct copy of the above and foregoing document was served on counsel of record via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Jason D. Cassady*
Jason D. Cassady

**CERTIFICATE OF CONFERENCE**

I certify that counsel for Radian met and conferred with counsel for Samsung to discuss the substantive relief sought in this Motion pursuant to Local Rule CV-7(h). The Parties are jointly seeking the relief sought in this Motion.

*/s/ Jason D. Cassady*
Jason D. Cassady
