# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| RADIAN MEMORY SYSTEMS LLC, § | |
|     *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:24-CV-01073-JRG |
| SAMSUNG ELECTRONICS CO., LTD. & § | |
| SAMSUNG ELECTRONICS AMERICA, § | |
| INC., § | |
|     *Defendants*. § | |

## ORDER

Before the Court is the Joint Stipulation and Motion to Dismiss All Claims and Defenses (the "Motion") filed by Plaintiff Radian Memory Systems LLC ("Plaintiff") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (together, the "Defendants") (collectively, the "Parties"). (Dkt. No. 91). In the Motion, the Parties move to dismiss all claims and defenses asserted in the above-captioned case without prejudice. (*Id.* at 1).

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**.[1] Accordingly, all claims and defenses asserted by the Parties in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. The Parties are to bear their own costs and attorneys' fees. All pending requests for relief asserted by the Parties in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 19th day of December, 2025.**

                                                            RODNEY GILSTRAP
                                                            UNITED STATES DISTRICT JUDGE

---

[1] The Court also **GRANTS** Samsung's motion to withdraw its opposition to Radian's Motion to Dismiss (Dkt. 70).