AO 120 (Rev. 08/10)

| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court    Eastern District of Texas    on the following

☐ Trademarks or    ☑ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:24-cv-1073 | DATE FILED<br>12/24/2024 | U.S. DISTRICT COURT<br>Eastern District of Texas |
|---|---|---|
| PLAINTIFF<br><br>Radian Memory Systems LLC | | DEFENDANT<br><br>Samsung Electronics Co., Ltd. & Samsung Electronics America Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 11,544,183 | 1/3/2023 | Radian Memory Systems LLC |
| 2 | 11,709,772 | 7/25/2023 | Radian Memory Systems LLC |
| 3 | 11,681,614 | 6/20/2023 | Radian Memory Systems LLC |
| 4 | 11,740,801 | 8/29/2023 | Radian Memory Systems LLC |
| 5 | 11,347,657 | 5/31/2022 | Radian Memory Systems LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 11,347,656 | 5/31/2022 | Radian Memory Systems LLC |
| 2 | 11,307,995 | 4/19/2022 | Radian Memory Systems LLC |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT<br><br>   DISMISSING CASE WITHOUT PREJUDICE. |
|---|

| CLERK<br>*David A. O'Toole* | (BY) DEPUTY CLERK<br>*[signature]* | DATE<br>**12/22/2025** |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy